UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC.<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY, LLC.; and<br>FREDERICK J. BEASLEY, III<br><br>    Defendants. | )<br>)<br>)  2:05CV996-M<br>)<br>)<br>) CASE NO. _____2005-_____<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS REQUEST FOR JURY TRIAL**

    Comes Now, Top Notch Consulting, Inc., by and through its attorney of record, Mark N. Chambless and hereby requests a jury trial on any issue so triable.

    **RESPECTFULLY SUBMITTED**, this the 20th day of October, 2005.

_____<br>
Mark N. Chambless (CHA013)

CHAMBLESS ❖ MATH, P.C.<br>
Attorneys at Law<br>
Post Office Box 230759<br>
Montgomery, AL 36123-0759<br>
Office (334) 272-2230

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 20th day of October, 2005.

_____<br>
OF COUNSEL

UNIVERSAL CITY, LLC<br>
FREDERICK J. BEASLEY, III<br>
1661 Eastern Bypass<br>
Montgomery, AL 36117