AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

TOP NOTCH CONSULTING, INC.

V.

UINVERSAL CITY, LLC and
FREDERICK J. BEASLEY, III

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv996

TO: (Name and address of Defendant)

UNIVERSAL CITY, LLC
C/O FRED BEASLEY
1661 EASTERN BYPASS
MONTGOMERY, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK N. CHAMBLESS
5720 CARMICHAEL ROAD
P.O. BOX 230759
MONTGOMERY, AL 36117

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    10/26/05
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TOP NOTCH CONSULTING, INC.

**SUMMONS IN A CIVIL ACTION**

V.

UINVERSAL CITY, LLC and
FREDERICK J. BEASLEY, III

CASE NUMBER: 2:05cv996

TO: (Name and address of Defendant)

FREDERICK J. BEASLEY III
4949 CENTENNIAL BLVD.
SANTA CLARA, CA 95054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK N. CHAMBLESS
5720 CARMICHAEL ROAD
P.O. BOX 230759
MONTGOMERY, AL 36117

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/26/05
CLERK                                                DATE

(By) DEPUTY CLERK