AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

TOP NOTCH CONSULTING, INC.

V.

UINVERSAL CITY, LLC and
FREDERICK J. BEASLEY, III

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv996

TO: (Name and address of Defendant)

UNIVERSAL CITY, LLC
C/O FRED BEASLEY
1661 EASTERN BYPASS
MONTGOMERY, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK N. CHAMBLESS
5720 CARMICHAEL ROAD
P.O. BOX 230759
MONTGOMERY, AL 36117

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                10/24/05

CLERK                                                              DATE

(By) DEPUTY CLERK

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

7004 1160 0002 5802 1423

UNIVERSAL CITY, LLC
C/O FRED BEASLEY
1661 EASTERN BYPASS
MONTGOMERY AL 36117