**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FREDERICK J. BEASLEY, III**
**4949 CENTENNIAL BLVD.**
**SANTA CLARA, CA 95054**

$5 \& C \quad 05-996$

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _George Jackson_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name)*  | _George Jackson_  | _10-24-05_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☑ Yes

2. Article Number
   *(Transfer from service label)*   7004 1160 0002 5802 1430

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540