**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 2, 2005

NOTICE OF REASSIGNMENT

Re:   Top Notch Consulting, Inc. vs. Universal City, LLC, et al.
      Civil Action No.  2:05cv996

The above-styled case has been reassigned to Judge Myron H. Thompson..

Please note that the case number is now 2:05cv996-T.  This new case number should be used on all future correspondence and pleadings in this action.