## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JAN -4  P 2: 09

TOP NOTCH CONSULTING, INC.      *

                                 *

     **Plaintiff,**                  *

                                 *

v                                  *   **CASE NO. :   2:05 CV 996-T**

                                 *

UNIVERSAL CITY, LLC.; and      *
FREDERICK J. BEASLEY, III,      *

                                 *

     **Defendants.**            *

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REPORT OF PARTIES' PLANNING MEETING

1.     Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 4, 2006 at Montgomery, Alabama and was attended by:

     A.     Mark N. Chambless, Esq. for Plaintiff, and

     B.     Jeffrey W. Smith, Esq. for Defendants.

2.     **Pre-discovery Disclosures.** The parties will exchange by February 15, 2006 the information required by Fed.R.Civ.P. 26(a)(1).

3.     **Discovery Plan.** The parties joint propose to the court the following discovery plan:

     A.     Discovery will be needed on the following subjects: documents; expenditures; obligations of parties; prior business dealings of parties; bank loans and commitments; vendor files; architect file.

     B.     All discovery commenced in time to be completed by June 30, 2006.

     C.     Maximum of 40 Interrogatories to each party by the other party. Responses due 30 days after service.

     D.     Maximum of 20 requests for admission by each party to any other party. Responses due 30 days after service.

E.    Maximum of 8 depositions by Plaintiff and 8 by Defendants.

F.    Each deposition is limited to a maximum of 5 hours unless extended by the agreement of the parties.

G.    Reports from retained experts under Rule 26(a)(2) due:

    i.    from Plaintiff by May 1, 2006

    ii.    from Defendants by May 15, 2006.

H.    Supplementations under Rule 26(e) due June 30, 2006.

4.    **Other Items.**

A.    The parties do not request a conference with the court before entry of the Scheduling Order.

B.    The parties request a Pre-Trial Conference in October, 2006.

C.    Plaintiff should be allowed until April 14, 2006 to join additional parties and to amend the pleadings.

D.    Defendants should be allowed until April 28, 2006 to join additional parties and to amend the pleadings.

E.    All potentially dispositive motions should be filed by July 17, 2006.

F.    Settlement cannot be evaluated prior to September 1, 2006.

G.    Final witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff by May 30, 2006 and from Defendants by June 15, 2006.

H.    Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

I.    The case should be ready for trial by November 6, 2006 and at this time is expected to take approximately 3 days.

Respectfully submitted,

_____
**JEFFREY W. SMITH (SMI088)**
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III


**OF COUNSEL**:

**SLATEN & O'CONNOR**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the _____ day of January, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
**OF COUNSEL**

F:\Gen Litigation\Universal City, LLC\Pleadings\Report on Parties' Planning Meeting.wpd