IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB 15  P 3: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.: 2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR ORDER COMPELLING DISCOVERY

**COME NOW** the Defendants, by and through one of their attorneys of record, and move this Court for an order compelling response to discovery in the above-captioned action. As grounds, the undersigned would state as follows:

1. These Defendants filed First Interrogatories and Request for Production of Documents on or about November 22, 2005. Plaintiff did not respond;

2. On January 12, 2006, Defendants wrote the attorney representing Plaintiff in a good faith attempt to secure responses to discovery without court action. The attorney representing Plaintiff represented to the undersigned that responses to Defendants' discovery would be submitted by February 10, 2006. Said responses have not been furnished. A copy of Defendants' First Interrogatories and Request for Production of Documents and a copy of the undersigned's letter of January 12, 2006 are attached as exhibits to this motion.

**WHEREFORE**, premises considered, Defendants respectfully move this court for an order compelling responses to Defendants' outstanding discovery.

Respectfully submitted this the 15 day of February, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 15 day of February, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Mtn. for Order Compell Disc.wpd