IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.:  2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

## SUPPLEMENTAL MOTION TO COMPEL

**COME NOW** the Defendants, by and through one of their attorneys of record, and supplements the Motion for Order Compelling Discovery filed on February 15, 2006.

1. Defendants would state that Plaintiff has failed to properly respond to discovery propounded by Defendants on November 22, 2005. A copy of Defendants' First Interrogatories and Requests for Production to Plaintiff is attached as Exhibit "A".

2. The undersigned has written the attorney representing Plaintiff on numerous occasions regarding overdue discovery responses. The attorney representing the Plaintiff has repeatedly assured the undersigned that responses to outstanding discovery would be forthcoming. Copies of correspondence between the undersigned and the attorney representing Plaintiff are attached as Exhibit "B".

3. Finally, on March 8, 2006, the undersigned received by facsimile what purports to be "Plaintiff's Answers to First Interrogatories and Requests for Production." This is attached as Exhibit "C". In addition, the undersigned has received two boxes of loose

documents along with another bundle of documents secured by a rubber band. These documents were in no way labeled, nor were they responsive to Defendants' Requests for Production.

4.  The undersigned sent via e-mail correspondence outlining the problems Defendants perceived with Plaintiff's response to discovery and asked for a time to meet face-to-face regarding said discovery. A copy of this e-mail is attached as Exhibit "D". The undersigned has heard nothing from the attorney representing the Plaintiff. The attorney representing the Plaintiff has not filed initial disclosures required by the Court's Order, nor do the responses to Defendants' discovery adequately apprise the Defendants of the specifics of the Plaintiff's claim. The undersigned has not been contacted by the attorney representing the Plaintiff and has received no formal response to outstanding discovery.

5.  The undersigned hereby certifies that he has made a reasonable good faith effort to reach agreement with opposing counsel on the matters set forth in this motion. The undersigned further certifies that he has conferred on numerous occasions by telephone with the attorney representing Plaintiff regarding this dispute and has attempted to arrange a face-to-face conference to discuss the discrepancies set out in the e-mail of March 15, 2006. The undersigned has been unsuccessful in this effort.

**WHEREFORE**, premises considered, Defendants respectfully move for a hearing on this Motion to Compel and that this Court order Plaintiff to adequately respond to discovery which has been outstanding in this case for four months.

Respectfully submitted this the 17th day of March, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 17th day of March, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
OF COUNSEL