EXHIBIT B

January 12, 2006

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

RE:   Top Notch Consulting, Inc. v. Universal City, LLC and Frederick J. Beasley, III
       Case No. : 2:05 CV 996-T
       Our File No. : 05-975-0001

Dear Mark:

    Your responses to my discovery are well overdue. Please provide me with answers to interrogatories and a response to my request for production within 10 days. If I don't have this, I am going to be forced to file a motion to compel.

                          Very truly yours,

                          Jeffrey W. Smith

JWS/cmc

CC:   Terry Travis, Esq.

F:\Gen Litigation\Universal City, LLC\Correspondence\Chambliss 1-12-06.wpd

# Chambless ❖ Math

A Professional Corporation

| | | |
|---|---|---|
| Mark N. Chambless<br>Leonard N. Math*<br>Karen P. Chambless<br>Brian W. Moore<br>Bernard B. Carr<br>Zack M. Azar<br>Michael A. Griggs<br>Katherine E. Luders<br>Kristen P. Southworth | Post Office Box 230759<br>Montgomery, Alabama 36123-0759<br>Telephone (334) 272-2230<br>(800) 311-4061<br>Facsimile (334) 272-1955<br>Website: www.chamblessmath.com<br><br>January 18, 2006 | Of Counsel:<br>E. Terry Brown<br>Michael E. Bybee<br>Kent D. McPhail<br>Jeanna D. Chappell<br>Geoffrey Alexander<br><br>*Also admitted to the<br>Illinois Bar |

**Facsimile Number: 334-396-8880**

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

      Re:    Top Notch Consulting v. Universal City, LLC and Frederick Beasley, III.

Dear Jeff:

      Thank you for your letter dated January 12, 2006. I will not be able to answer the interrogatories until February 6 or 7. Please allow me these extra days to prepare the discovery. Thank you in advance for the extra time to respond.

                                        Sincerely yours,

                                        Mark N. Chambless

enc.
cc:    Top Notch Consulting, Inc.

      W. Terry Travis
      Post Office Box 1871
      Montgomery, AL 36102-1871
      Fax 334-262-3339

# SLATEN & O'CONNOR, P.C.
## ATTORNEYS AT LAW



ALGERT S. AGRICOLA, JR.
CLIFTON E. SLATEN † ♦
MICHAEL B. O'CONNOR
J. LENN RYALS
MINDI C. ROBINSON ▲►
JOHN S. PLUMMER *
M. ANDREW DONALDSON
G. R. "RICK" TRAWICK
JEFFREY W. SMITH
EDWARD C. HIXON
JASON J. BAIRD
EKATERINA "KATYA" V. GILL ♯

___

OF COUNSEL

THOMAS BAILEY SMITH ◻
CAREY N. BOS **
J. FAIRLEY McDONALD, III
STEPHAN LAND McDAVID ○

Also Admitted In Texas †
Also Admitted In South Carolina ▲
Also Admitted In Florida *
Admitted In South Carolina Only ◻
Admitted In Florida Only **
Also Admitted in Mississippi ○
Also Admitted In Tennessee ♦
Also Admitted In Georgia ►
Also Admitted In Russia ♯

___

MAIN OFFICE:
WINTER LOEB BUILDING
105 TALLAPOOSA STREET
SUITE 101
MONTGOMERY, AL 36104

MAILING ADDRESS:
P.O. BOX 1110
MONTGOMERY, AL 36101
TELEPHONE: (334) 396-8882
FAX: (334) 396-8880

BIRMINGHAM OFFICE:
ONE PERIMETER PARK SOUTH
SUITE 100N
BIRMINGHAM, AL 35243
TELEPHONE: (205) 970-6073

ORLANDO OFFICE:
723 E. COLONIAL DRIVE
SUITE 200
ORLANDO, FL 32803
TELEPHONE: (407) 898-1859

SOUTH CAROLINA OFFICE:
836 POWERSVILLE ROAD
SUITE 1
EASLEY, SC 29642
TELEPHONE: (864) 855-2121

MISSISSIPPI OFFICE:
P.O. BOX 1113
OXFORD, MS 38655
TELEPHONE: (662) 281-8300

___

EMAIL: slatenlaw@slatenlaw.com
WEB SITE: www.slatenlaw.com

February 22, 2006

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

RE: Top Notch Consulting, Inc. v. Universal City, LLC and Frederick J. Beasley, III
Case No. : 2:05 CV 996
Our File No. : 05-975-0001

Dear Mark:

This will confirm our conversation regarding the outstanding discovery in the above-referenced case. As you know, I filed a Motion to Compel when I was unable to contact you by telephone regarding this discovery. You had promised me responses to my discovery which I propounded in December by February 5 or 6. I gave you until February 10 to respond to that discovery. When you did not respond to the discovery and I was unable to contact you by telephone, I filed a Motion to Compel.

Judge McPherson denied my Motion to Compel because there was no certification that we had had a conference in an attempt to solve this discovery dispute. Of course, there is no dispute other than the fact that you have failed to respond to any of my discovery.

You represented to me in our conversation of February 21 that you had sent a package to your client two weeks ago and he had not returned it to you. You told me that you were going to contact him and encourage him to return both signed Interrogatories and documents conforming with my Requests for Production.

Please understand that I do not want to involve the court in this any further. Even so, I am entitled to the discovery I have requested. I am unable to comply with the court's order regarding initial disclosures until I receive this discovery. We are getting behind in this case and it is not the fault of my client.

Mark N. Chambless, Esq.
Chambless & Math
February 22, 2006
Page 2


Please provide me with responses to my Interrogatories and Requests for Production within seven (7) days or I will be forced to file a supplementary Motion to Compel. I will attach all of our correspondence to that motion.

Very truly yours,

Jeffrey W. Smith

JWS/mrt
cc:   Terry Travis, Esq.
F:\Gen Litigation\Universal City, LLC\Correspondence\Chambless 02-22-06.wpd

# Chambless ❖ Math
A Professional Corporation

Mark N. Chambless
Leonard N. Math*
Karen P. Chambless
Brian W. Moore
Bernard B. Carr
Zack M. Azar
Michael A. Griggs
Katherine E. Luders
Kristen P. Southworth

Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone  (334) 272-2230
           (800) 311-4061
Facsimile  (334) 272-1955
Website: www.chamblessmath.com

Of Counsel:
E. Terry Brown
Michael E. Bybee
Kent D. McPhail
Geoffrey Alexander

*Also admitted to the
Illinois Bar

March 6, 2006

**Facsimile Number: 334-396-8880**

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

Re:   Top Notch Consulting v. Universal City, LLC and Frederick Beasley, III.

Dear Jeff:

Thank you for your patience in the above matter. I have discussed the issues of discovery with Mr. Brew. He has the discovery and will sign today or tomorrow and return to me. I have one box of information that came form his Montgomery office and expect another box on Tuesday or Wednesday. I will deliver the first box to your office Tuesday and the second box either Tuesday of Wednesday. I will deliver the signed answers on Wednesday or Thursday.

My client did not have the tax returns for Top Notch and will have to get copies form his accountant. He expects to be able to obtain copies of these this week. I will try to get these to you by Monday March 13.

Sincerely yours,

Mark N. Chambless

enc.
cc:   Top Notch Consulting, Inc.

W. Terry Travis
Post Office Box 1871
Montgomery, AL 36102-1871
By Fax 334-262-3339

Montgomery Office ▪ 5720 Carmichael Road ▪ Montgomery, Alabama 36117 ▪ (334) 272-2230 Voice ▪ (334) 272-1955 Facsimile
Birmingham Office ▪ 2107 5th Avenue North ▪ Suite 200 ▪ Birmingham, Alabama 35203 ▪ (205) 252-1622 Voice ▪ (205) 252-2888 Facsimile
Mobile Office ▪ 126 Government Street ▪ Mobile, Alabama 36601 ▪ (251) 438-2333 Voice ▪ (251) 438-2367 Facsimile



# Chambless ❖ Math
### A Professional Corporation

Mark N. Chambless
Leonard N. Math*
Karen P. Chambless
Brian W. Moore
Bernard B. Carr
Zack M. Azar
Michael A. Griggs
Katherine E. Luders
Kristen P. Southworth

Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone (334) 272-2230
(800) 311-4061
Facsimile (334) 272-1955
Website: www.chamblessmath.com

Of Counsel:
E. Terry Brown
Michael E. Bybee
Kent D. McPhail
Geoffrey Alexander

*Also admitted to the
Illinois Bar

March 7, 2006

**Facsimile Number: 334-396-8880**

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

Re: Top Notch Consulting v. Universal City, LLC and Frederick Beasley, III.

Dear Jeff:

  I delivered one box of documents to you today. Please copy whatever you desire from that box and return original box to me. I called your office on the other primary document box and it was delivered to me today. I have contacted Action Legal Copy Service and requested that they make one copy of each document for you. These should be ready for you to pick up on Wednesday afternoon or Thursday morning.

                Sincerely yours,

                Mark N. Chambless

enc.
cc: Top Notch Consulting, Inc.

  W. Terry Travis
  Post Office Box 1871
  Montgomery, AL 36102-1871
  By Fax 334-262-3339

Montgomery Office ■ 5720 Carmichael Road ■ Montgomery, Alabama 36117 ■ (334) 272-2230 Voice ■ (334) 272-1955 Facsimile
Birmingham Office ■ 2107 5th Avenue North ■ Suite 200 ■ Birmingham, Alabama 35203 ■ (205) 252-1622 Voice ■ (205) 252-2888 Facsimile
Mobile Office ■ 126 Government Street ■ Mobile, Alabama 36601 ■ (251) 438-2333 Voice ■ (251) 438-2367 Facsimile
Received Time Mar. 7. 2:26PM


# Chambless ❖ Math

A Professional Corporation

Mark N. Chambless
Leonard N. Math*
Karen P. Chambless
Brian W. Moore
Bernard B. Carr
Zack M. Azar
Michael A. Griggs
Katherine E. Luders
Kristen P. Southworth

Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone (334) 272-2230
(800) 311-4061
Facsimile (334) 272-1955
Website: www.chamblessmath.com

Of Counsel:
E. Terry Brown
Michael E. Bybee
Kent D. McPhail
Geoffrey Alexander

*Also admitted to the
Illinois Bar

March 8, 2006

**Facsimile Number: 334-396-8880**

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

    Re:    Top Notch Consulting v. Universal City, LLC and Frederick Beasley, III.

Dear Jeff:

    Please accept this letter as a follow up to our conversations concerning the delay I have experienced in delivering the discovery to you. I have delivered two boxes of materials to you. I am delivering a third box of materials that you need to review. These are originals from my clients desk and office. I did not think you would want to me copy and so these are the originals as stored by my client. Please copy if you desire and return originals to me.

    I have delivered by email, the answers to your interrogatories to my client. Mr. Brew will review today and make any changes necessary. I expect that Mr. Brew will sign today and forward answers to me by fax and overnight delivery. I will provide to you a faxed copy today. The originals will be delivered to me for filing with the court and copy to you. These originals should be received Thursday or Friday.

    I would like to schedule your clients deposition and request dates for the same. Please review your calendar and call me to discuss depositions. There are six (6) other depositions that I want to schedule and so we need to select 2 or 3 days to take these. Several of these will be out of state and I expect all depositions in this case to be trial depositions.

                                                                         Sincerely yours,

                                                                         Mark N. Chambless

enc.
cc:    Top Notch Consulting, Inc.

        W. Terry Travis
        Post Office Box 1871
        Montgomery, AL 36102-1871

Montgomery Office ■ 5720 Carmichael Road ■ Montgomery, Alabama 36117 ■ (334) 272-2230 Voice ■ (334) 272-1955 Facsimile
Birmingham Office ■ 2107 5th Avenue North ■ Suite 200 ■ Birmingham, Alabama 35203 ■ (205) 252-1622 Voice ■ (205) 252-2888 Facsimile
Mobile Office ■ 126 Government Street ■ Mobile, Alabama 36601 ■ (251) 438-2333 Voice ■ (251) 438-2367 Facsimile

Received Time Mar. 8. 9:11AM