EXHIBIT D

## Jeffrey W. Smith

**From:** "Jeffrey W. Smith" <jsmith@slatenlaw.com>
**To:** "Mark Chambless" <mchambless@chambless-math.com>
**Cc:** "Terry Travis" <travisatty@bellsouth.net>
**Sent:** Wednesday, March 15, 2006 9:57 AM
**Subject:** Re: Top Notch v Universal

Mark:

We aren't going to take any depositions until you comply with my discovery requests. We have talked numerous times about the response to my interoggatories and request for production. I want a face-to-face meeting so I can file another motion to compel. Let me know when you are available later this week.

The problems I have with your response are as follows:
1) What is his SS#? I am entitled to this.
2) Your client is lying to you, me and the court. His corporation was suspended by the California Secretary of State. I am entitled to an honest answer.
3) Thare is no listing of the information requested. I should not have to go through a box of loose documents to find the answer to a simple question. If your client has been sued and indicted so many times that he doesn't remember, let him say so.
4) No such list is attached.
5) "not applicable"? Ask your client about Sharon Ringgenberg. This is not a good faith response to discovery.
7) Not attached
9) This answer is non-responsive and totally inadequate.
10) This calls for a simple answer. I am entitled to one.
15) This is no response. We are entitled to know what your client claims he is due compensation for.
21) Not provided.
22) You still have not provided the initial disclosures called for in the court's order. I will object to your calling ANY witnesses at the trial of this case.
23) No documents were provided and no expenses were identified.
25) No response was provided.
27) Totally unresponsive.

I filed this discovery on November 22. It is March 15 and I still don't have a response with the exception of your faxed draft and 2 boxes of loose documents. Let me know when it is convenient to meet Thursday or Friday. In addition, Terry Travis represents Fred Beasley in this case. He has received nothing.

----- Original Message -----
**From:** Mark Chambless
**To:** Jeff Smith
**Sent:** Monday, March 13, 2006 1:22 PM
**Subject:** Top Notch v Universal

Jeff  The original singed answers were delivered Saturday. I am filing the original today. I will mail you signed copy. Please give me several dates that you will be available to take depositions in and out of Alabama.
Mark N. Chambless
W)  334-272-2230

3/15/2006