IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV996-WKW |
| ) | [WO] |
| UNIVERSAL CITY, LLC.; and ) | |
| FREDERICK J BEASLEY, III, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' Motion to Compel (Doc. # 13), filed on 15 February 2006, and their Supplemental Motion to Compel (Doc. # 15), filed on 17 March 2006, and for good cause, it is ORDERED as follows:

1. The motions are GRANTED. Discovery responses and/or objections are due within 30 days of service. See Rule 33 (b) of the *Fed. R. Civ. Pro.* The plaintiff did not respond to discovery requests propounded in November 2005 until March 2006. For that reason, objections to interrogatories were waived. See *Fed. R. Civ. Pro*. 33 (b). Moreover, the plaintiff's responses are incomplete and arguably unresponsive.

2. On or before 10 April 2006, the plaintiff shall re-serve his responses to the defendant's discovery requests. The service shall be made by hard copy and shall be signed in the original by the plaintiff. Moreover, the responses shall be complete and "responsive" to the interrogatories and the production

requests. Finally, to the extent that a document is or set of documents are purportedly responsive to a discovery request, it or they shall be labeled in a manner designed to correspond with the request and in a manner that makes the responsiveness of the document(s) readily discernible.

3. On or before 12 April 2006, the defendant shall file a Notice of Compliance with the Clerk of the court which sets forth the plaintiff's compliance or non-compliance with this order.

The plaintiff is CAUTIONED that should he fail to comply with this order, the court will consider the imposition of monetary sanctions.

DONE this 27th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE