IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.:  2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

## MOTION TO FILE NOTICE OF NON-COMPLIANCE OUT OF TIME

On March 27, 2006, this Court ordered Defendants to file their Notice of Compliance/Non-Compliance on or before April 12, 2006. The undersigned is filing a Notice of Non-Compliance on April 13, 2006, and asks that this Notice be received out of time.

Respectfully submitted this the 13th day of April, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 13th day of April, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759


Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Mtn. to file Notice of Non-Compliance.wpd