IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV996-WKW |
| ) | [WO] |
| UNIVERSAL CITY, L.L.C.; and ) | |
| FREDERICK J. BEASLEY, III, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' Motion to File Notice of Non-Compliance Out of Time, filed on 13 April 2006 (Doc. # 17), it is

ORDERED that the motion is GRANTED.

DONE this 18th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE