IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 APR 13 P 2: 01

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.:  2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF NON-COMPLIANCE

On March 27, 2006, this Court issued an Order granting Defendants' Motion to Compel. Paragraph 3 of said Order requires Defendants to file a Notice of Compliance with the Clerk of the Court setting forth the Plaintiffs' compliance or non-compliance with said Order.

Defendants hereby notify this Court that Plaintiffs have not complied with the Order of the Court dated 27 March, 2006. On the contrary, Defendants have yet to receive a hard copy signed in the original by the Plaintiffs. Defendants have received what appears to be a copy of an unsworn partial document styled "Supplemental Answers to Defendants' First Interrogatories and Request for Production." (Exhibit "A")  This document was contained in yet another box of loose documents.

In short, Defendants hereby notify the Court that Plaintiffs are in non-compliance with the Order of the Court dated March 27, 2006.

Respectfully submitted this the 13th day of April, 2006.

Post Office Box 1871

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 13th day of April, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Notice of Non-Compliance.wpd