IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC.; and | ) | |
| FREDERICK J BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A discovery dispute remains pending before the court because of plaintiff's failure to comply with this court's orders. The court's efforts to resolve the dispute began with the defendant's filing of a Motion to Compel discovery on 15 February 2006 (Doc. # 13). Because the defendants failed to certify their good faith efforts to resolve the dispute before requesting the court's intervention, the court denied the motion on 17 February 2006 (Doc. # 14).

Approximately one month later, the defendants filed a Supplemental Motion to Compel, again requesting a court order. The defendants alleged that they had attempted to secure documents by writing to plaintiff's counsel, but that the plaintiffs' responses were not labeled, were not complete. The defendant also alleged that the plaintiffs failed to file initial disclosures and that plaintiffs' counsel failed to respond to inquiries.

The court subsequently entered an order granting the motion to compel on 27 March 2006 (Doc. # 16). The order specifically directed the plaintiff to "re-serve his responses to

the defendant's discovery requests" on or before 10 April 2006, and directed the means by which the responses should be provided. The court further directed the defendants to file a Notice of Compliance by 12 April 2006 "which sets forth the plaintiff's compliance or non-compliance with this order" (Doc. # 16). On 18 April 2006, the defendants filed a Notice of Non-Compliance, advising the court that the plaintiffs still had not complied with the court's order (Doc. # 19).

Accordingly, it is ORDERED as follows:

1. On or before 11 May 2006, the plaintiff shall show cause why the court should not impose sanctions upon it for failure to comply with the court's orders. The plaintiff shall send a copy of its response electronically to the defendants' counsel.

2. The defendants may respond to the plaintiff on or before 12 May 2006. If the defendants respond, it shall include its itemization of time and expemses required to prosecute the motions to compel.

3. Counsel for the parties shall appear before the court for a hearing on 15 May 2006 at 11:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE