IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY -8 P 3: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| Plaintiff, | * |
| v | * CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III, | * |
| Defendants. | * |

## MOTION FOR CONTINUANCE

**COME NOW** the Defendants, by and through one of their attorneys of record, and move this Court to continue trial in the above-referenced matter, presently set for November 6, 2006. In addition, Defendants move this Court for a new Scheduling Order with revised deadlines. As grounds, the undersigned would state as follows:

1. Defendants submitted Interrogatories and Requests for Production on November 22, 2005. As of this date, Plaintiff has failed to adequately answer said Interrogatories and respond to Requests for Production. On March 27, 2006, this Court granted Defendants' Motion to Compel filed on February 15, 2006. Said Order directed Defendants to notify the Court of the compliance or lack of same of Plaintiff. Defendants did this on April 13, 2006.

2. The Court's Uniform Scheduling Order directs that dispositive motions shall be filed no later than June 21, 2006. Given the present status of discovery in this case, it is impossible for Defendants to file dispositive motions no later than June 21, 2006.

Defendants have yet to receive a signed response to discovery which has been outstanding for over five months.

3.  The undersigned has been notified that his co-counsel, an officer in the United States Army Reserve, has received orders directing him to active duty and to an overseas assignment. The undersigned is informed that his co-counsel will depart the country on or about the end of May.

4.  Through no fault of Plaintiff's counsel and due purely to an oversight by the undersigned, the undersigned agreed to a trial date of November 6, 2006. Defendant Beasley (who is also the sole member of Universal City, LLC) is employed as a running back with the Miami Dolphins of the National Football League. It represents an extreme hardship for Defendant Beasley to be present at trial in the middle of a football season. Once again, this oversight is purely the responsibility of the undersigned attorney.

**WHEREFORE**, premises considered, Defendants respectfully move this Court to continue trial in the above-captioned matter to Spring, 2007 and to adjust deadlines accordingly.

Respectfully submitted this the 8th Day of May, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 8th day of May, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759


Terry Travis, Esq.
Post Office Box 1871
Montgomery, AL 36102-1871

_____
OF COUNSEL

-3-