IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NO. 2:05 CV 996-WKW |
| | ) |
| UNIVERSAL CITY, LLC. and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

RECEIVED 2006 MAY -9 P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, W. Terry Travis, and respectfully prays that the Court issue an order granting the undersigned counsel leave to withdraw as attorney for the Defendants in this cause, and as grounds therefore states as follows:

1. The undersigned counsel is a Lt. Colonel in the Alabama Army National Guard and, on or about 4/1/06 the undersigned counsel received mobilization orders placing the undersigned counsel on active duty effective 5/30/06 for a period of approximately fifteen months. The undersigned counsel will be deploying with the 226th ASG out of Mobile, Alabama and our destination is Iraq.

2. The Defendants in this cause are also represented by the Honorable Jeff Smith, who will continue to represent the Defendants throughout this proceeding. Jeff Smith has been involved as Defendants' counsel from the beginning, and the Defendants will not be prejudiced by the withdrawal of the undersigned counsel.

WHEREFORE, the premises considered, the undersigned counsel respectfully prays for an order from the Court granting the undersigned counsel leave to withdraw as counsel for the Defendants in the above-entitled action.

Respectfully submitted this 9 day of May, 2006.

_____
W. TERRY TRAVIS
Attorney At Law
P. O. Box 1871
640 South McDonough St.
Montgomery, AL 36104
(334)262-3338

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the below named individual(s) by personal delivery or by placing a copy of same in the United States mail, postage prepaid and properly addressed as follows on this 9 day of May, 2006.

Hon. Mark Chambless
P. O. Box 230759
Montgomery, AL 36123-0759

Hon. Jeff Smith
Slaten and O'Connor
P. O. Box 1110
Montgomery, AL 36101

_____
W. TERRY TRAVIS
Attorney At Law
P. O. Box 1871
Montgomery, AL 36102-1871
(334)262-3338