IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-996-WKW |
| | ) |
| UNIVERSAL CITY, LLC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (doc. #22) filed on May 10, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 11th of May, 2006.

                                                /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE