IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-996-WKW |
| ) | |
| UNIVERSAL CITY, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' Motion for Continuance (Doc. # 21), filed on May 8, 2006, it is hereby ORDERED that the plaintiff shall show cause on or before May 25, 2006 why the motion should not be granted.

DONE this the 12th day of May, 2006.

        /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE