IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 12  P 1: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **TOP NOTCH CONSULTING, INC.** | |
| **Plaintiff,** | |
| v | CASE NO.: 2:05 CV 996-WKW |
| **UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III,** | |
| **Defendants.** | |

### RESPONSE TO "PLAINTIFF'S REPLY TO MOTION TO COMPEL AND MOTION FOR SANCTIONS"

**COME NOW** the Defendants, by and through their attorney of record, and respond to the above-captioned pleading filed by Plaintiff on May 10, 2006. Defendants would state as follows:

1. Plaintiff refers repeatedly to Defendants' "Motion For Sanctions." Defendants have not moved for sanctions in this ongoing discovery dispute. On the contrary, the Court ordered Plaintiff to show cause why the Court should not impose sanctions. This was done in its Order of May 8, 2006.

2. All Defendants have requested and continue to request is an adequate response to discovery which has been pending since November, 2005. This Court, on March 27, 2006, ordered Plaintiff to "re-serve his responses to the Defendants' Discovery requests. The service shall be made by hard copy and shall be signed in the original by the Plaintiff." Defendant has never received a hard copy response signed in the original by the Plaintiff. On the contrary, Defendants have only received partial facsimile copies of what purport to

be answers to Interrogatories. These copies are missing pages, are not sworn, and do not comply with local Rule 26.3 and are virtually unintelligible. The Court also ordered Plaintiff on March 27, 2006 "to the extent that a document is or set of documents are purportedly responsive to a discovery request, it or they shall be labeled in a manner designed to correspond with the request and in a manner that makes the responsiveness of the document(s) readily discernable." Plaintiff failed to comply with this portion of the Order. The undersigned will bring the response of Plaintiff to the hearing scheduled for May 15, 2006.

3. In this Court's Order of May 8, 2006, the undersigned was directed to include an itemization of time and expenses required to prosecute the Motions to Compel. In compliance with the Court's order, Defendants show as follows:

| | | |
|---|---|---|
| February 14, 2006, preparation of Motion to Compel Response to outstanding discovery | .70 hrs. | $175.00 |
| March 15, 2006, preparation of E-Mail correspondence to Mark Chambless regarding inadequacy of responses to discovery | .60 hrs. | $150.00 |
| March 17, 2006, preparation of Supplemental Motion to Compel | .60 hrs. | $150.00 |
| April 13, 2006, preparation of Notice of Non-Compliance | .40 hrs. | $100.00 |
| May 12, 2006, preparation of response to "Plaintiff's Reply to Motion to Compel and Motion for Sanctions" | .60 hrs. | $150.00 |
| | | **Total: $725.00** |

Defendants have never asked for sanctions in this case. On the contrary, Defendants have asked for an adequate response to discovery which has been outstanding since

November, 2005. Plaintiff has yet to adequately respond.

Respectfully submitted this the 12th day of May, 2006.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 12th day of May, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Resp. to Plf. Reply to Mtn. To Compel.wpd