## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 5/15/06          DIGITAL RECORDING: 11:16 - 11:45

DATE COMPLETED: 5/15/06

TOP NOTCH CONSULTING, INC          *          2:05cv996-WKW

vs                                 *

UNIVERSAL CITY, LLC., et al         *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mark Norman Chambless<br>NOT PRESENT | | Jeffrey Wilson Smith<br>Cindy McLean, Paralegal |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    DISCOVERY HEARING

| Description | 2:05cv996-WKW Top Notch Consulting, Inc. vs. Universal City, LLC., et al: DISCOVERY HEARING | |
|---|---|---|
| Date | 5/15/2006 | Location |
| Time | Speaker | Note |
| 11:16:29 AM | Court | Convenes; Plaintiff counsel is not present; Counsel is in court outside District, Court not noticed regarding his non availability; Court Request Status of Discovery from Defendant |
| 11:18:46 AM | Defendant | Gives Status of Discovery; Shows and explains to Court box of discovery received from plaintiff; Defendants goes through list of interrogatories and responses or lack of responses thereto |
| 11:38:30 AM | Court | Responds to #15 Interrogatory Response |
| 11:40:38 AM | Defendant | Trial set for 11/06; Defendant has filed a Motion to Continue |
| 11:42:30 AM | Court | Has better understanding of Discovery issue; Plaintiff should file a Notice of filing a Copy of the Contract; Court to issue order |
| 11:45:01 AM | | Recess |