IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v | *    CASE NO.:   2:05 CV 996-WKW |
| | * |
| UNIVERSAL CITY, LLC.; and | * |
| FREDERICK J. BEASLEY, III, | * |
| | * |
| Defendants. | * |

## TENDER OF CONTRACT TO COURT

At the hearing held by this Court on May 15, 2006, the presiding Magistrate Judge requested the undersigned to provide the Court with a copy of the contract made the basis of the above-captioned action. Accordingly, Defendants hereby tender to the Court a copy of the contract between Plaintiff Top Notch Consulting, Inc., and Defendant Universal City, LLC. Said contract is attached as Exhibit "A".

Respectfully submitted this the 17 day of May, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 19 day of May, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Tender of Contract to Court.wpd