IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.: 2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

### ITEMIZATION OF ATTORNEY'S FEES

Pursuant to the Order of this Court on May 17, 2006, the undersigned submits the attached Affidavit itemizing attorney's fees "caused by the Plaintiff's failure to respond to discovery requests in a timely manner and the Plaintiff's failure to obey the Court's orders."

Respectfully submitted this the 22nd day of May, 2006.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 22nd day of May, 2006:

Mark N. Chambless, Esq.<br>
Chambless & Math<br>
Post Office Box 230759<br>
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Itemization of Atty Fees.wpd