IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO. :   2:05 CV 996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

### AFFIDAVIT OF JEFFREY W. SMITH

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY    )

Personally appeared before me, the undersigned Notary Public, in and for said County and State, Jeffrey W. Smith who, after being duly sworn, did depose and state on oath as follows:

1. My name is Jeffrey W. Smith. I am an attorney licensed in the state of Alabama and admitted to practice before the United States District Court for the Middle District of Alabama. I represent Defendants Universal City, LLC and Frederick J. Beasley, III., in Case No.: 2:05 CV 996-WKW.

2. I make this affidavit from my own person knowledge and from an examination of the billing records kept by my law firm. The Court has ordered me to submit an itemization of "reasonable expenses, including attorney's fees, caused by the Plaintiff's failure to respond to discovery requests in a timely manner and the Plaintiff's failure to obey

the Court's orders." The following are those fees which, in my judgment, are attributable to the criteria set forth in the Court's order. These fees have been charged to my clients.

| | | |
|---|---|---|
| February 14, 2006, preparation of Motion to Compel Response to outstanding discovery | .70 hrs. | $175.00 |
| March 15, 2006, preparation of E-Mail correspondence to Mark Chambless regarding inadequacy of responses to discovery | .60 hrs. | $150.00 |
| March 17, 2006, preparation of Supplemental Motion to Compel | .60 hrs. | $150.00 |
| April 13, 2006, preparation of Notice of Non-Compliance | .40 hrs. | $100.00 |
| May 12, 2006, review Reply of Plaintiff to Show Cause Order, styled " "Plaintiff's Reply to Motion to Compel and Motion for Sanctions" | 1.0 hrs. | $250.00 |
| May 12, 2006, preparation of response to "Plaintiff's Reply to Motion to Compel and Motion for Sanctions" | .60 hrs. | $150.00 |
| May 15, 2006, preparation for hearing on status of discovery dispute | 1.5 hrs. | $375.00 |
| May 15, 2006, attendance at hearing on status of discovery dispute | 1.2 hrs. | $300.00 |
| | | **Total $1,650.00** |

In my opinion, all attorney's fees listed above resulted from the Plaintiff's failure to adequately respond to Interrogatories and Requests for Production submitted in November, 2005.

**Further affiant sayeth not.**


_____
JEFFREY W. SMITH


STATE OF ALABAMA            )
COUNTY OF MONTGOMERY)

I, the undersigned, a Notary Public in and for said State and County, hereby certify that JEFFREY W. SMITH, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand and official seal on this the 22nd day of May, 2006.

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires: 8/20/07

F:\Gen Litigation\Universal City, LLC\Pleadings\JWS Affidavit.wpd