UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 2:05-cv-996-MHT |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S SUBMISSION OF CONTRACT DOCUMENTS

The Plaintiff has received a document styled Tender of Contract To Court and the Plaintiff hereby files a supplement to the document filed by the Defendant. On or about August 1, 2005, the Defendants, Universal and Frederick Beasley contacted the Plaintiff and requested a modification to the original contract. Attorney Randy Moore prepared an addendum to the contract and forwarded to the Plaintiff for signature. The Addendum was delivered to the Plaintiff by facsimile on August 2, 2005. The Plaintiff signed the Contract Amendment and the same is attached hereto as Exhibit 1. The original contract has been amended to include the provisions set out in this amendment.

RESPECTFULLY SUBMITTED, this the 24th day of May, 2006.

Mark N. Chambless (CHA013)

CHAMBLESS MATH ❖ CARR, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by hand delivery to the law office of counsel and depositing a copy thereof in the United States mail postage prepaid on this _24_ th day of May, 2006.

                                         /s/ signature
                                         OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

## CONTRACT AMENDMENT

Paragraph four (4), page two (2) of said contract by and between Universal City, LLC and Top Notch Consulting, Inc, dated April 18, 2005 is hereby amended as follows:

Delete entire paragraph four(4) and in its stead place the following:

4. <u>Compensation</u>: In consideration for the services enumerated above, Universal shall pay to Top notch a management fee of $5000.00 per month beginning in May, 2005 and on the first of each month thereafter until the business is open for business, plus reasonable expenses to include lodging, food, insurance, and transportation to be approved by Universal. In addition, Top Notch is to be paid $850.00 per week to manage the facility after opening until a permanent manager can be obtained. Upon closing any financing, a total percent of 10% will be split between mortgage fees and expenses and Top Notch. All mortgagee expenses will be paid first and the balance of the 10% will be paid to Top Notch. Payment of the percentage loan fees will be made after closing final loan for said project.

The parties hereto have executed this Amendment as of August 2, 2005.

Top Notch Consulting, Inc.                  Universal City, LLC.

By: /s/ William Brew, President              By: _____
William Brew, Its President                  Fred Beasley, Its Manager

*[Handwritten margin note: Per Fred 5,000 on 1st 3 menLs. GAS.]*

### Acknowledgment

STATE OF _____
COUNTY OF _____

I, the undersigned authority, a Notary Public for the State of _____, do hereby certify that **Top Notch Consulting, Inc. Executed by William Brew**, whose name is signed above; did personally appear before me this day and, being informed of the contents of the conveyance, did sign the same voluntarily.
Given under my hand and seal this the _____ day of _____, 2005.

_____
Notary Public

My Commission Expires:_____

**Exhibit 1**