# Chambless ❖ Math
A Professional Corporation

Mark N. Chambless
Leonard N. Math*
Karen P. Chambless
Brian W. Moore
Bernard B. Carr
Zack M. Azar
Michael A. Griggs
Katherine E. Luders
Kristen P. Southworth

Post Office Box 230759
Montgomery, Alabama 36123-0759
Telephone (334) 272-2230
(800) 311-4061
Facsimile (334) 272-1955
Website: www.chamblessmath.com

Of Counsel:
E. Terry Brown
Michael E. Bybee
Kent D. McPhail
Geoffrey Alexander

*Also admitted to the
Illinois Bar

May 24, 2006

Honorable Debra Hackett
Federal Court Clerk
United States Courthouse
Post Office Box 711
Montgomery, AL 36101-0711

Re:   Top Notch Consulting v. Universal City, LLC and Frederick Beasley, III.
      CASE NO.  2:05-cv-996-MHT

Dear Ms. Hackett:

Please accept this as notice that on this date I served the defendants attorney, Jeff Smith, with a copy of the Plaintiff's answers to interrogatories that contain 17 pages. I also served on him the original answers and the amended or supplemental answers.

I provided to Attorney Smith a third copy of documents that have now been stamped and numbered 0001 through 0792. I also served the attorney with copies to the Defendants tax returns for the years 2002, 2003 and 2004 and credit reports. The discovery contains separate files.

Please stamp the original answers "filed" and return same to me in the enclosed, self-addressed envelope. If I may be of any further assistance in this matter, please do not hesitate to contact me.

As always, I remain,

Sincerely yours,
CHAMBLESS, MATH ❖CARR, P.C.

Mark N. Chambless
*For the Firm*