IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| Plaintiff, | * | |
| v | * | CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III, | * | |
| Defendants. | * | |

## MOTION TO STRIKE "PLAINTIFF'S SUBMISSION OF CONTRACT DOCUMENTS"

On May 24, 2006, Plaintiff filed a pleading entitled "Plaintiff's Submission of Contract Documents." In this pleading, Plaintiff states that "on or about August 1, 2005, the Defendants, Universal and Frederick Beasley contacted the Plaintiff and requested a modification to the original contract." In other words, Plaintiff makes the naked assertion in this pleading that Defendants desired to modify a contract so as to pay more money to Plaintiff.

Plaintiff goes on to say that he "signed the contract amendment and the same is attached hereto as Exhibit '1'. The original contract has been amended to include the provisions set out in this amendment." That statement is totally and completely false. It is not supported by the facts and it is not supported by the contract documents which govern this case.

The "contract amendment" provided to the Court by Plaintiff is not signed by Defendants. On the contrary, it is only signed by the Plaintiff and it is not notarized. The

original contract signed by both parties which governed the dealings between these parties is the "Management Agreement" entered into on April 28, 2005. This "Management Agreement" contains the following provision at Paragraph 12: "<u>modification</u>: this agreement shall not be changed, modified, or amended except in writing and signed by all parties." The "Management Agreement" containing this provision has been provided the Court in the "Tender of Contract to Court" (document 29) filed by the undersigned on May 19, 2006.

To state that that contract "has been amended to include the provisions" of the unexecuted "contract amendment" is simply wrong.

**WHEREFORE**, premises considered, Defendants respectfully move this Court to strike, in its entirety, "Plaintiff's Submission of Contract Documents."

Respectfully submitted this the 24th day of May, 2006.

```
_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III
```

<u>OF COUNSEL</u>:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 24th day of May, 2006:

Mark N. Chambless, Esq.<br>
Chambless & Math<br>
Post Office Box 230759<br>
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Mtn. to Strike 05-24-06.wpd