IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-CV-996-WKW |
| UNIVERSAL CITY, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion to Strike (Doc. # 33), filed on May 24, 2006, it is hereby ORDERED that the plaintiff shall show cause on or before June 15, 2006 why the motion should not be granted.

DONE this the 1st day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE