UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-996-MHT |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

**MOTION TO FILE MOTION TO ALTER AMEND OR VACATE
ORDER DATED MAY 8, 2006 OUT OF TIME**

On May 17, 2006, the Honorable Court ordered Plaintiff to file objections to the recommendations on or before May 31, 2006. This Motion to Alter Amend or Vacate is being filed on this date and the Plaintiff requests that the same be received out of time.

**RESPECTFULLY SUBMITTED**, this the 8th day of June, 2006.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 8th day of June, 2006.

_____
OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110