IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN -9 A 11: 15

DEBRA P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| Plaintiff, | * | |
| v | * | CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III, | * | |
| Defendants. | * | |

## OBJECTION TO MOTION TO FILE OUT OF TIME AND OBJECTION TO "MOTION TO ALTER, AMEND OR VACATE"

**COME NOW** the Defendants, by and through their attorney of record, and object to the motion to file "Motion to Alter, Amend or Vacate" Out of Time and object to the "Motion to Alter, Amend or Vacate" filed by the Plaintiff, each of which were filed by the Plaintiff on June 8, 2006. As grounds, the undersigned would state as follows:

1.  This Court, in the Order and Recommendation of the United States Magistrate Judge of May 17, 2006, ordered Plaintiff to file "any objections" to the Recommendation of the Magistrate Judge on or before 31 May, 2006. Plaintiff has filed no "objections" but has filed a "Motion to Alter, Amend or Vacate" 8 days after the deadline set by this Court. In Plaintiff's Motion to File Out of Time, no justification is offered for this delay. Rather, this is one more example of the cavalier approach Plaintiff and its counsel have taken to this litigation and to the Orders of this Court.

2.  The Court, in its Order, directed the parties objecting to the Recommendation of the United States Magistrate Judge to "specifically identify the findings in the

Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered." Plaintiff's "Motion to Alter, Amend or Vacate" does not specifically identify any findings of the Court or state any specific objection. Rather, Plaintiff's counsel pleads "computer ignorance" as an excuse for not complying with the *Federal Rules of Civil Procedure* for a period of 6 months. The Order of the United States Magistrate Judge setting a hearing on 15 May, 2006, is labeled "Document 20" in the computer numbering system. Plaintiff's counsel seems to argue to the Court that this case had been in litigation for 7 months and 20 documents had been received via electronic mail by Plaintiff's counsel and he was never curious as to the contents of those documents.

3. Throughout Plaintiff's "Motion to Alter, Amend or Vacate," Plaintiff's counsel states that he "did not understand through the date of May 15, 2006, that separate orders and computer links to orders were attached to the e-mails and further, did not know that the orders were attached to the e-mails by computer link." Defendants have attached as Exhibit "1" to this Objection the Notice of Electronic Filing sent by the Court to counsel for Plaintiff and Defendants and designated "Document Number: 20." In that Notice of Electronic Filing, the "Docket Text" states the following: "counsel for the parties shall appear before the court for a hearing on 5/15/2006 11:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 5/8/2006." Obviously, Plaintiff's counsel read this "Notice of Electronic Filing." He filed what he styled "Plaintiff's Reply to Motion to Compel and Motion for Sanctions" on May 10, 2006. It is disingenuous to

claim that Plaintiff's counsel did not realize he was ordered to appear at the hearing on May 15 because of "computer ignorance" when he obviously read at least the Notice of Electronic Filing entered on May 8, 2006 and assigned Document Number 20.

4. On information and belief, the firm in which Plaintiff's counsel is a named partner has at least three attorneys practicing full time in United States Bankruptcy Courts. Also on information and belief, the system used by this Court to notify attorneys of orders via electronic mail has been in use in United States Bankruptcy Courts since 2002. For Plaintiff's counsel to state that he did not understand that orders were attached to electronic mail from this Court is curious.

For the above reasons, Defendants respectfully move this Court to deny Plaintiff's Motion to File Out of Time and to deny Plaintiff's "Motion to Alter, Amend or Vacate."

Respectfully submitted this the 9th Day of June, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 9th day of June, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Obj. to Mtn. to File Out of Time.wpd