**Jeffrey W. Smith**

EXHIBIT
1

| | |
|---|---|
| **From:** | <efile_notice@almd.uscourts.gov> |
| **To:** | <almd_mailout@almd.uscourts.gov> |
| **Sent:** | Monday, May 08, 2006 2:40 PM |
| **Subject:** | Activity in Case 2:05-cv-00996-WKW-VPM Top Notch Consulting, Inc. v. Universal City, LLC. et al "Order to Show Cause" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from cb, entered on 5/8/2006 at 2:40 PM CDT and filed on 5/8/2006

| | |
|---|---|
| **Case Name:** | Top Notch Consulting, Inc. v. Universal City, LLC. et al |
| **Case Number:** | 2:05-cv-996 |
| **Filer:** | |
| **Document Number:** | 20 |

**Docket Text:**
ORDER that on or before 11 May 2006, the plaintiff shall show cause why the court should not impose sanctions upon it for failure to comply with the court's orders; the defendants may respond to the plaintiff on or before 12 May 2006. If the defendants respond, it shall include its itemization of time and expensesrequired to prosecute the motions to compel; counsel for the parties shall appear before the court for a hearing on 5/15/2006 11:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 5/8/2006. (cb, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=5/8/2006] [FileNumber=534403-0]

[9d8cd2ff5445a432f3c3e5934728a839aa403317fb42835aaef3a0d6a526f67fc007e
02ceb5d33687b736d1fd879573b0ca86120ff560a14020227f801eac9a2]]

**2:05-cv-996 Notice will be electronically mailed to:**

Mark Norman Chambless    mchambless@chambless-math.com,

Jeffrey Wilson Smith    jsmith@slatenlaw.com, cmclean@slatenlaw.com

W. Terry Travis    travisatty@bellsouth.net, sueegreen@bellsouth.net

**2:05-cv-996 Notice will be delivered by other means to:**