UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. **2:05-cv-996-MHT** |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S WITNESS LIST AND EXHIBIT LIST

Comes Now the Plaintiff by and through counsel of record and hereby respectfully files this witness list and Exhibit List.

1. Ken Anderson, the defendant has this address and telephone number.

2. Rob Hertenstein from Compass Bank, 3480 Eastern Blvd, Montgomery, AL 36116.

3. Steve Wallace of Aronov, 3500 Eastern Blvd, Montgomery, Alabama 36116.

4. Don Stansell and his associate, Randy, Office Box 240545, Montgomery, AL 36124.

5. Joe Bohannon and Marshall Kido from Citibank., 37 Orinda Way, Orinda, CA 94563.

7. James Smiley and Larry E. Cooke from Brady- 2708 Yorkmont Road, Charlotte, NC 28208.

8. Chris Shields from CEF, 1450 Poydras Street, Suite 1505, New Orleans, LA 70112.

9. Sandy Goodwin from Goodwin Brothers, 319 Jefferson Street, P.O. Box 55, Montgomery, AL 36101.

10. Attorney Randy Moore, 4162 Carmichael Court, Montgomery, AL 36106334-271-1819.

11. Jennifer Robinson, Banker with Colonial Bank, Montgomery, Current Address Unknown, 3327 Patrick Rd, Montgomery, AL 36108

12. Everett Marshall, Contractor, 5771 Carmichael Parkway, Montgomery, AL, 36117.

13. Martin Bloom from Olhausen Pool Tables, 12460 Kirkham Ct., Poway, CA 92064..

14. Barbara from the Patriot Signs Company, 5324 Wares Ferry Road, Montgomery, AL 36109.

15. Kyle from the Starke Agency, 210 Commerce Street, Montgomery, AL 36104.

16. Fred Beasley.

17. William Brew, C/O Mark Chambless, 5720 Carmichael Road, Montgomery, AL 36117.

18. Any person named by Defendant.

19. Any person necessary to authenticate business records to be introduced.

20. Any witness necessary for rebuttal or impeachment purposes

21. The Plaintiff expects to introduce as Exhibits those documents produced to Defendants and number 1 though 791.

22. The Original Signed Contract.

23. The Amended Contract.

24. The Bank papers and loan documents from Colonial Bank

25. The Bank papers and loan documents from Compass Bank.

26. The Bank papers and loan documents from Citi Bank.

27. The letters and loan papers from Creative Equipment Funding, LLC.

28. The letters and loan papers from Brady Distributing Company.

29. The letters and loan papers from Goodwin Brothers

30. The letters and plans and other drawings from Don Stansell Architects.

31. Construction plans and workings drawings from Marshall.

32. The computer records in possession of Defendants.

33. All telephone logs and records maintained by Defendants.

34. All business records maintained on the project and in the control of the Defendants.

**RESPECTFULLY SUBMITTED**, this the 13th day of June, 2006.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 13th day of June, 2006.

_____
OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110