IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL CITY, LLC, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-996-WKW |

## **ORDER**

This case is before the Court on the defendants' Motion for Continuance (Doc. # 21), filed on May 8, 2006. The plaintiff filed a response on May 25, 2006 (Doc. # 34), indicating that it does not object to a continuance of the trial date. It is therefore ORDERED that the defendants' motion is GRANTED. An amended scheduling order will be entered.

DONE this the 15th day of June, 2006.

                /s/  W. Keith Watkins
                UNITED STATES DISTRICT JUDGE