IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC.; and | ) | |
| FREDERICK J BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 17 May 2006, the court entered an order which determined that the plaintiff and his counsel were in contempt of the court's orders of 27 March 2006 and 8 May 2006 (Doc. # 28). The court further directed (1) the striking of certain responses and documents, (2) the filing, by 26 May 2006, of an itemization of the defendant's reasonable expenses caused by the plaintiff's failure to respond to discovery requests, and (3) the filing, by 1 June 2006, of a response to the defendant's itemization. The defendant filed its itemization and counsel's supporting affidavit on 22 May 2006 (Doc. # 30). To date, the plaintiff has filed no response.

Accordingly, it is ORDERED as follows:

1. On or before 21 July 2006, the plaintiff and his counsel shall remit to the defendant's counsel the sum of sixteen hundred fifty dollars ($1,650.00) as sanctions.

2. On or before 28 July 2006, the defendant shall file with the Clerk of the court a Notice of Compliance with this order, attesting to full payment to

defendant's counsel.

DONE this 28th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE