IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. * | |
| * | |
| Plaintiff, * | |
| * | |
| v * | CASE NO.: 2:05 CV 996-WKW |
| * | |
| UNIVERSAL CITY, LLC.; and * | |
| FREDERICK J. BEASLEY, III, * | |
| * | |
| Defendants. * | |

*RECEIVED 2006 JUL 13 A 9:33 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## NOTICE OF COMPLIANCE

**COME NOW** the Defendants, by and through their attorney of record, and notify the Court that the Plaintiff has remitted to Defendant's counsel the sum of $1,650.00 in accordance with this Court's Order of 28 June, 2006.

Respectfully submitted this the 13th day of July, 2006.

_____
JEFFREY W. SMITH (SMI088)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 13th day of July, 2006:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Notice of Compliance.wpd