IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Strike (Doc. # 33) filed on May 24, 2006, and the plaintiff's response thereto (Doc. # 39), it is hereby

ORDERED that on or before August 31, 2006, the defendants shall file a reply to the plaintiff's response in opposition to the motion to strike.

DONE this 23rd day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE