IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

_____Upon consideration of the Order and Recommendation of the Magistrate Judge (Doc. # 28) entered on May 17, 2006, the plaintiff's Motion for Leave to file Motion to Alter Amend or Vacate Recommendations in Order Dated May 17, 2006 (Doc. # 36), and the defendants' Objection to Motion to File Out of Time And Objection to "Motion to Alter, Amend or Vacate" (Doc. # 37), it is hereby

ORDERED that the Recommendation of the Magistrate Judge is REJECTED.  At this time, the court declines sanctioning the plaintiff under Rule 37(c)(1) of the Federal Rules of Civil Procedure for the errors of plaintiff's counsel.

It is further ORDERED that the plaintiff's motion (Doc. # 36) is DENIED as moot.

DONE this 23rd day of August, 2006.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE