# AFFIDAVIT OF RANDOLPH B. MOORE, III.

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY        )

Personally appeared before me, the undersigned Notary Public, in and for said County and State, Randolph B. Moore, III. who, after being duly sworn, did depose and state on oath as follows:

1. My name is Randolph B. Moore, III. I am an attorney licensed to practice in the state of Alabama and admitted before the United States District Court for the Middle District of Alabama. I make this affidavit in support of Defendants' Reply to Plaintiff's Response in Opposition to the Motion to Strike in Case No.: 2:05-CV-996-WKW.

2. I have read what is styled "Plaintiff's Submission of Contract Documents," assigned Document #31, with attachment. I have also reviewed Defendants' Motion to Strike this pleading. Finally, I have reviewed Plaintiff's Reply to Defendants' Motion to Strike, assigned Document #39. I make this affidavit after reviewing the above-referenced pleadings and from my own personal knowledge of the facts surrounding the "Contract Amendment" offered to the Court.

3. I have represented Fred Beasley in a number of matters, including his dealings with William Brew and Top Notch Consulting, Inc. It is my understanding from having talked with Fred Beasley and William Brew that these individuals had at one time discussed the temporary management of Beasley's facility by Brew after its completion. However, these discussions took place before I ever met Brew and before the "Management

Agreement" was executed by Brew and Beasley in April, 2005. In late July or early August, 2005, William Brew asked me to draft the "Contract Amendment" he has offered to the Court. At his request, I drafted this, had it typed by my assistant and had it faxed to Brew. Brew had told me that this is what "we want to do." When I asked Fred Beasley about the "Contract Amendment," Beasley told me that he had no intention of signing any amendment to his agreement with Brew or modifying that agreement in any way. Beasley told me that he had received information which called Brew's honesty into question and that he was very uneasy continuing to deal with Brew. I explained to Brew that Beasley would not sign the "Contract Amendment."

4. The assertion by Brew's attorney that "attorney Randy Moore requested a modification to the contract" is false. The draft of the amendment was done at Brew's request, not at Beasley's and certainly not at mine. My client, Fred Beasley, refused to sign the "Contract Amendment" and never agreed to modify the original agreement.

**Further affiant sayeth not.**

_____
RANDOLPH B. MOORE, III.

STATE OF ALABAMA    )
COUNTY OF MONTGOMERY)

I, the undersigned, a Notary Public in and for said State and County, hereby certify that RANDOLPH B. MOORE, III., whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand and official seal on this the 24th day of August, 2006.

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires: 8/26/07