I have previously marked the files Compass, Citibank, Don Stansell, Aronov, Brady, CEF (which is Creative Equipment Funding, LLC) and Goodwin (which is Sandy Goodwin Brothers). I do not have a separate file for Ken Anderson. I have created a file for him per this questions request. I do not know how to mark in another manner so that the attorney can locate but will add to the name on the file 9 (a), 9 (b), 9 (c), 9 (d), 9 (e), 9 (f), 9 (g) and 9 (h).

Each of these files has information that was gathered and used to create this project. In addition, I provided many other files that also contain the information that was gathered, developed and used to create this project. All of this information is the product of Top Notch and is still being used to the best of my knowledge. I have not been privy to any ongoing project information since August 30, 2005. I believe that all of the information attached is still being used by the Defendants.

        9 (a) Compass— see file
        9 (b) Citibank— see file
        9 (c) Don Stansell— see file
        9 (d) Aronov — see file
        9 (e) Ken Anderson — see file
        9 (f) Brady Distributing Company — see file
        9 (g) Creative Equipment Funding, LLC (which is CEF ) — see file
        9 (h) Goodwin (which is Sandy Goodwin Brothers) — see file

**QUESTION:**

10. In your Complaint you state that Top Notch was notified of its termination on August 30, 2005 by telephone. Do you contend that this was the only notification of termination you received before October 8, 2005? If so, state specifically each and every action for which you contend you should have been compensated by Defendants after August 30, 2005.

**RESPONSE:**

10. The contract prepared by Frederick Beasley's attorney and the attorney for Universal and signed by the parties requires 30 days <u>written notice</u> of termination. The contract requires the payment of $5,000.00 per month until such time. The written notice of termination prepared by Fred Beasley was delivered to me on behalf of Top Notch on October 8, 2005. (See Exhibits, Marked 10).

The amended contract signed by me for Top Notch, but not signed by Universal, required monthly payments until the contract was cancelled. I was not paid in September, October or November. I am due $15,000.00 for these monthly payments, plus 10% of the loans secured, plus damages for breach and those damages set out in the complaint.

The only written notice of termination that was delivered to Top Notch was received on the date stated above. On August 30, 2005, Frederick Beasley told me he intended to terminate the contract, and further demanded that I immediately vacate the apartment and stop working on the project.