

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 20:40:00 -0500 |

-----Original Message-----
From: Frederick Beasley <freddieb40@tmail.com>
To: William Brew <williamebrew@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 20:36:38 -0500

Also I was calling to let u know I am cutting all ties with you and I'm going to sit on everything right now bc I'm not comfortable.
--freddieb40
--freddieb40

FRED
COMMENTS
READ HIGHLIGHT
AREA

This message has been scanned for known viruses.

|        |                      |
|-------:|----------------------|
| From:  | Frederick Beasley    |
| To:    | Fred Beasley         |
| Subject: | Fw: Re: Hey        |
| Date:  | Thu, 20 Oct 2005 20:47:19 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:38:07 -0700

What does that mean?
On Tue, 30 Aug 2005 6:36 pm, Frederick Beasley wrote:
> Also I was calling to let u know I am cutting all ties with you and I'm > going to sit on everything right now bc I'm not comfortable.
> --freddieb40
--williamebrew
--freddieb40

BREW
COMMENTS
READ HIGHLIGHTED
AREA

8·30·05

| | This message has been scanned for known viruses. |
|---|---|
| **From:** Frederick Beasley | |
| **To:** Fred Beasley | |
| **Subject:** Fw: Re: Hey | |
| **Date:** Thu, 20 Oct 2005 20:39:49 -0500 | |

-----Original Message-----
From: Frederick Beasley <freddieb40@tmail.com>
To: William Brew <williamebrew@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 20:39:22 -0500

I'm terminating the contract between me and u an I'm putting everything on whole
--freddieb40
--freddieb40

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 20:47:28 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:40:17 -0700

You have me here working everyday for you. I have put this entire business together for you. From top to bottom. I have worked my ass off for you. If you want to try and do me then we are going to have a real problem Fred.
On Tue, 30 Aug 2005 6:36 pm, Frederick Beasley wrote:
> Also I was calling to let u know I am cutting all ties with you and I'm > going to sit on everything right now bc I'm not comfortable.
> --freddieb40
--williamebrew
--freddieb40

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 20:47:40 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:45:17 -0700

You will hear from my Attorney in the am Fred. I have been here away from my wife and family for over 2 months. I have negociated all of your business with everyone and lined you up all of your financing.I am the reason we are so far ahead. My business plan got you the lease. My consulting got you the 1.5 if you want to screw me then pay me what you owe me and I will go home. That's my 10% of all the financing and you can run your own business from here. Ken is here because of me. Compass is here because of me. The lease was agreeded upon because of my business plan and meeting with them everyday!
On Tue, 30 Aug 2005 6:39 pm, Frederick Beasley wrote:
> I'm terminating the contract between me and u an I'm putting everything > on whole
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|
| **From:** Frederick Beasley | |
| **To:** Fred Beasley | |
| **Subject:** Fw: Re: Hey | |
| **Date:** Thu, 20 Oct 2005 22:43:05 -0500 | |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:46:23 -0700

Business is business Fred. And I have been handleing your business from day one. A contract is a contract. You need to talk to your attorney.
On Tue, 30 Aug 2005 6:42 pm, Frederick Beasley wrote:
> We going to have a bigger problem if u try to make it problem. Trust > me I'm not going to be the one with the problem
> --freddieb40
--williamebrew
--freddieb40

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:43:15 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:49:06 -0700

Yep. You do. But you also need to compensate me for all of the work I have done for you and this business. I have preformed. Everything that is in that agreement I have done. Its cool if you want to take all of my efforts and go and work with someone else. You just have to pay me for it! I am not going to let you punk me and then use my knowledge and benifit from it Fred.
On Tue, 30 Aug 2005 6:44 pm, Frederick Beasley wrote:
> This is my project and I have the right ended when I'm please
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|
| **From:** Frederick Beasley | |
| **To:** Fred Beasley | |
| **Subject:** Fw: Re: Hey | |
| **Date:** Thu, 20 Oct 2005 22:43:26 -0500 | |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:51:24 -0700

That's cool Fred. I have been here for you and you know it. If you want to work with someone else then pay me and I will go
home. You have me here for your business not mine, and now that it is ready to crack you want to get rid of me. That's not
going to happen fres. Pay me my 10% of the final loans and I will bounce. Tomarrow!
On Tue, 30 Aug 2005 6:48 pm, Frederick Beasley wrote:
> Brew I been talking to more then my attorney and I'm just going say > that
> --freddieb40
--williamebrew
--freddieb40

|  | This message has been scanned for known viruses. |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:43:36 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:52:40 -0700

I respect that. I preformed and you need to compensate me for it.
On Tue, 30 Aug 2005 6:49 pm, Frederick Beasley wrote:
> Business is business and I'm making a business decision.
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|
| **From:** Frederick Beasley | |
| **To:** Fred Beasley | |
| **Subject:** Fw: Re: Hey | |
| **Date:** Thu, 20 Oct 2005 22:43:47 -0500 | |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:53:51 -0700

I have worked like a dog everyday to get us to where we are. So if you choose to go another way with all of my ideas and knowledge, you are going to have to pay for that.
On Tue, 30 Aug 2005 6:49 pm, Frederick Beasley wrote:
> Business is business and I'm making a business decision.
> --freddieb40
--williamebrew
--freddieb40

This message has been scanned for known viruses.

| From: | Frederick Beasley |
| To: | Fred Beasley |
| Subject: | Fw: Re: Hey |
| Date: | Thu, 20 Oct 2005 22:43:56 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:56:20 -0700

Well Aaronov said different. Quote. It was the best business plan they have ever seen. If you don't belive me ask steve you keep listening to these white people and you are going to be working for them.
On Tue, 30 Aug 2005 6:52 pm, Frederick Beasley wrote:
> Brew I don't owe u a dime my signature is not on anything and as far as > the business I let a number of people see it an they all said the only > thing that business plan worth is wiping they ass
> --freddieb40
--williamebrew
--freddieb40

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:44:04 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 18:58:52 -0700

I have a commitment from Compass for 95% for an amout of 910k. You think you are slike fred. You are trying to not pay me the 10% and I am not stupid. I see what game you have been playing and if you want to try and fuck me, its not going to happen.
On Tue, 30 Aug 2005 6:55 pm, Frederick Beasley wrote:
> What loan compass not during any loan. City is not not during any loan > what 10% u want I have not and I'm not signing no lease with anyone so > what 10% u want
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:44:14 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 19:02:20 -0700

I doesn't work like that Fred. I have secured the financing for the buildout. Compass bank $910k, I have secured the financing for the interior $1,500.00 for Universal City. I have negciated with the Arch, the Contractor, the landloard, the sign lady, the bank, and everbody else for this business. If you want me to leave. Pay me my 10%!
On Tue, 30 Aug 2005 6:58 pm, Frederick Beasley wrote:
> Just let me when Brew I pay for what's owed right now I owe nothing > regardless ur knowlegde or ur ideas I'm terminating those too.
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|
| **From:** Frederick Beasley | |
| **To:** Fred Beasley | |
| **Subject:** Fw: Re: Hey | |
| **Date:** Thu, 20 Oct 2005 22:44:24 -0500 | |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 19:05:19 -0700

Steve is the landloard. If Rob @ the bank told you that my business plan is not worth shit then he is a lyer. He is a two faced lyer because he smiles in my face and talks behind my back. And I will file a law suite against him and that bank for their commitment to my face to do the loan 5 to 6 time that I sat with them on your behalf.
On Tue, 30 Aug 2005 6:59 pm, Frederick Beasley wrote:
> steve are not bank people either
> --freddieb40
--williamebrew
--freddieb40

| | |
|---|---|
| | This message has been scanned for known viruses. |
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:44:33 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 19:06:48 -0700

You are not going to be able to open this business fred without paying me my 10%. I see what you have been trying to do. I have preformed and deserve what you and I agreed to.
On Tue, 30 Aug 2005 6:59 pm, Frederick Beasley wrote:
> steve are not bank people either
> --freddieb40
--williamebrew
--freddieb40

| | This message has been scanned for known viruses. |
|---|---|

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:44:48 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 19:09:31 -0700

Fred you have changed your mind 10 times since we have started. If we needed to change numbers on our business plan to show those changes that's cool. All I know is I am here because you have me here, and I have done everything I was asked to do. I am due what you owe me.
On Tue, 30 Aug 2005 7:06 pm, Frederick Beasley wrote:
> Brew I'm not even going comment on this 95% bullshit. If u want me to > believe that I been communicating with Rob almost every day they ones > with a host of other sources say that business plan look good but not > even close to be reliable. But this is more, way more bigger then a > business plan Brew
> --freddieb40
--williamebrew
--freddieb40

| | |
|---|---|
| | This message has been scanned for known viruses. |

| | |
|---|---|
| **From:** | Frederick Beasley |
| **To:** | Fred Beasley |
| **Subject:** | Fw: Re: Hey |
| **Date:** | Thu, 20 Oct 2005 22:45:04 -0500 |

-----Original Message-----
From: William Brew <williamebrew@tmail.com>
To: Frederick Beasley <freddieb40@tmail.com>
Subject: Re: Hey
Date: Tue, 30 Aug 2005 19:10:21 -0700

Cool.
On Tue, 30 Aug 2005 7:08 pm, Frederick Beasley wrote:
> Well Brew I guess I will be joining ur resume of law suits bc I'm not > paying u another dime. I'm ready when u ready
> --freddieb40
--williamebrew
--freddieb40