IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | CASE NO.: 2:05-CV-996-WKW |
| | * | |
| UNIVERSAL CITY, LLC.; and | * | |
| FREDERICK J. BEASLEY, III, | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Defendants, by and through their attorney of record, pursuant to Rule 56, *Federal Rules of Civil Procedure*, and move this Court for summary judgment in the above-captioned matter. In support of this motion, Defendants offer the following:

1. The Pleadings;

2. "Answers and Supplemental Answers to Defendants' First Interrogatories and Requests for Production." (The only copy Defendants have received was by facsimile);

3. The affidavit of Fred Beasley;

4. Affidavits of various witnesses identified by Plaintiff in its responses to discovery, James G. Smiley, III., Rob Hertenstein and Chris Shields.

5. A brief in support of this Motion for Summary Judgment.

**WHEREFORE**, premises considered, Defendants respectfully move this Court for summary judgment.

Respectfully submitted this the 6 day of November, 2006.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL:**
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the ___ day of November, 2006:

Mark N. Chambless, Esquire
**Chambless & Math**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Motion for Summ. Judgment.wpd