IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC.,   ) | |
|       ) | |
|   Plaintiff,      ) | |
|       ) | |
| v.      ) | CASE NO. 2:05-cv-996-WKW |
|       ) | |
| UNIVERSAL CITY, LLC,;      ) | |
| FREDERICK J. BEASLEY, III,      ) | |
|       ) | |
|   Defendants.      ) | |

# **O R D E R**

For good cause, it is

ORDERED that on or before December 6, 2006, Plaintiff shall show cause why it has failed to comply with this court's order of June 15, 2006 (Doc. # 41). In the order, the court directed Plaintiff to file a report on or before November 21, 2006 on the results of the parties' court-ordered settlement conference. The record reflects that no report has been filed as of this date and that Plaintiff has not requested an extension.

DONE this 30th day of November, 2006.

                                   /s/   W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE