**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

December 6, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Top Notch Consulting, Inc. v. Universal City, LLC.

Case Number:   2:05-cv-00996-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 51   filed on   December 5, 2006.**