UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:05-cv-996-MHT |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

## MOTION TO FILE REPORT OF SETTLEMENT CONFERENCE OUT OF TIME

Pursuant to the orders of this court dated June 15, 2006, the attorney for Plaintiff, Mark N. Chambless, was ordered to prepare and file a "Notice of Settlement Conference and Mediation" report with the court. The parties did meet through counsel as ordered. This meeting was a face to face meeting at the offices of Defendant's counsel. Those present were counsel for both parties. The parties meet and each discussed the merits of case.

The report of this meeting was not filed through the oversight of Plaintiff's counsel.

The Plaintiff, through counsel, requests that the report of the settlement conference be received out of time. Additionally, the Plaintiff requests that an extension of time be granted from the original date of November 21, 2006 until today's date.

**RESPECTFULLY SUBMITTED**, this the 5th day of December, 2006.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 5th day of December, 2006.

_____
OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110