UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-996-MHT |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE and MEDIATION

Pursuant to the orders of this court dated June 15, 2006, the attorney for Plaintiff, Mark N. Chambless, and the attorney for the Defendants, Jeffery W. Smith, meet to discuss the possibility of settlement. Those present were counsel for both parties. The conference was held at the law offices of Defendant's counsel. The parties meet and each discussed the merits of case. Counsel for Defendant presented specific affidavits while discussing the merits of the defense.

The discussions did not lead to a settlement. A settlement of this matter is not expected at this time.

At the time of the conference, neither party requested mediation nor believed that mediation would be beneficial.

The Plaintiff, through counsel, requests that the report of the settlement conference be received out of time. Additionally, the Plaintiff requests that an extension of time be granted from the original date of November 21, 2006 until today's date.

**RESPECTFULLY SUBMITTED**, this the 5th day of December, 2006.

_____
Mark N. Chambless (CHA013)


CHAMBLESS, MATH ❖Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 5th day of December, 2006.

_____<br>OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110