IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC, and | ) | |
| FREDERICK J. BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of Plaintiff's Motion to File Report of Settlement Conference Out of Time (Doc. # 51), it is hereby ORDERED that the motion is GRANTED.

DONE this 8th day of December, 2006.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE