IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| Plaintiff, | * |
| v | * CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and<br>FREDERICK J. BEASLEY, III, | * |
| Defendants. | * |

**RECEIVED**
2006 DEC 11 P 4: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO STRIKE PLAINTIFF'S "STATEMENT OF UNDISPUTED FACTS"

In Plaintiff's Brief in support of its response to Defendants' Motion for Summary Judgment, it offers a list of sixty "undisputed facts". This portion of Plaintiff's Brief is in violation of this Court's Uniform Scheduling Order. It also consists of argument, conclusory statements and allegations not supported by any portion of the record before the Court.

In addition, this "Statement of Undisputed Facts" is in violation of Local Rule 5.5 (M.D. Ala. LR 5.5), and violative of the most elemental principles of brief writing. Throughout the course of this litigation, Plaintiff has ignored the orders and directives of this Court and filed such unconventional pleadings and responses to discovery that the undersigned is at a loss as how to best address this with the Court. The Court has given Plaintiff and Plaintiff's attorney ample opportunity to litigate this matter in a professional manner. They continue to refuse to do so.

**WHEREFORE**, premises considered, Defendants respectfully move to strike Plaintiff's "Statement of Undisputed Facts" in its entirety.

Respectfully submitted this the 11 day of December, 2006.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 11 day of December, 2006:

Mark N. Chambless, Esquire
**Chambless & Math**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Mtn. to Strike Plf's Undisputed Facts.wpd