UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. **2:05-cv-996-MHT** |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION DUCES TECUM

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Deposition with DUCES TECUM.

DATE:        January 26, 2007
TIME:        1:30 p.m.
LOCATION:    Law Office of Chambless, Math & Carr, P.C.
             5720 Carmichael Road
             Montgomery, AL 36117

DEPONENT:    **DON STANSELL &
             STANSELL & ASSOCIATES ARCHITECTS, LLC**

Please take notice that at the above time, date and location, counsel for the Plaintiff in the above styled cause, will, by oral examination, take the testimony of the deponent described above, before a Certified Shorthand Reporter or other duly qualified officer, in accordance with the *Federal Rules of Civil Procedure*. The deposition will continue until completed. The deposition once taken may be used for any purpose allowable pursuant to the Federal Rules of Civil Procedure or for any other purpose.

**DON STANSELL** and **STANSELL & ASSOCIATES ARCHITECTS, LLC** are directed to produce, for inspection and copying at said deposition the documents more fully described in Exhibit A, attached hereto and incorporated by reference.

_____
Mark N. Chambless CHA013
Attorney for the Plaintiff

OF COUNSEL:
CHAMBLESS, MATH ❖CARR, P.C.
Post Office Box 230759
Montgomery, AL 36123-0759
(tel) 334.272.2230
(fax) 334.272.1955

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 15th day of January, 2007 I have served a true, accurate and correct copy of the foregoing document, via United States Mail, postage prepaid and properly addressed upon the following.

SLATEN & O'CONNOR
Jeffery Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101

Of Counsel

## EXHIBIT "A" TO NOTICE OF DEPOSITION DUCES TECUM

1. Any and all documents in the working file, legal file or architectural file involving Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley and in the possession of STANSELL & ASSOCIATES ARCHITECTS, LLC.

2. Any and all plans or specifications prepared for Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley and in the possession of STANSELL & ASSOCIATES ARCHITECTS, LLC.

3. Any and all layouts, preliminary designs, equipment lists or other program documents involving Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley and in the possession of STANSELL & ASSOCIATES ARCHITECTS, LLC.

4. Any and all contracts entered into and signed by any othe the parties including Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley and in the possession of STANSELL & ASSOCIATES ARCHITECTS, LLC.

5. Any and all documents which reflect contracts for architectural services between **STANSELL & ASSOCIATES ARCHITECTS, LLC** and Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley and in the possession of STANSELL & ASSOCIATES ARCHITECTS, LLC.