## UNITED STATES DISTRICT COURT for the
## MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| **TOP NOTCH CONSULTING, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CASE NO.  **2:05-cv-996-MHT** |
| | ) |
| **UNIVERSAL CITY, LLC.; and** | ) |
| **FREDERICK J. BEASLEY, III** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF DEPOSITION DUCES TECUM

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Deposition with DUCES TECUM .

| | |
|---|---|
| DATE: | January 30, 2007 |
| TIME: | 9:00 a.m. |
| LOCATION: | Law Office of Chambless, Math & Carr, P.C. |
| | 5720 Carmichael Road |
| | Montgomery, AL 36117 |

DEPONENT:     **FREDERICK J. BEASLEY, III**

Please take notice that at the above time, date and location, counsel for the Plaintiff in the above styled cause, will, by oral examination, take the testimony of the deponent described above, before a Certified Shorthand Reporter or other duly qualified officer, in accordance with the *Federal Rules of Civil Procedure.* The deposition will continue until completed. The deposition once taken may be used for any purpose allowable pursuant to the Federal Rules of Civil Procedure or for any other purpose.

FREDERICK J. BEASLEY, III, is directed to produce, for inspection and copying at said deposition the documents more fully described in Exhibit A, attached hereto and incorporated by reference.

Mark N.  Chambless CHA013
Attorney for the Plaintiff

OF COUNSEL:
CHAMBLESS, MATH ❖ CARR, P.C.
Post Office Box 230759
Montgomery, AL 36123-0759
(tel) 334.272.2230
(fax) 334.272.1955

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 16th day of January, 2007 I have served a true, accurate and correct copy of the foregoing document, via United States Mail, postage prepaid and properly addressed and by facsimile upon the following.

SLATEN & O'CONNOR
Jeffery Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101

_____
Of Counsel

**EXHIBIT "A" TO NOTICE OF DEPOSITION DUCES TECUM**

1.    Any and all documents in the working file, legal file or computer files of Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley associated with the project involved in this law suit.

2.    Any and all plans, documents or other specifications prepared for Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley associated with the project involved in this law suit.

3.    Any and all loan documents or other financial documents involved in the funding of this project and in the possession of Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company involving the principal Fred Beasley associated with the project involved in this law suit.

4.    Any and all contracts entered into and signed by any person, business, corporation, LLC or other business entity and made a part of this project and in the possession of Fred Beasley; Universal City, LLC; Beasley Development Company, LLC or any other related or associated company and associated with the project involved in this law suit.

5.    Any and all documents which the deponent intends to be used as evidence in the trial of this matter.

6.    Any document, letter, email or other form of communication which the deponent intends to be used at the trial of this matter.