IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TOP NOTCH CONSULTING, INC.  \*
                                           \*
    **Plaintiff,**                      \*
                                           \*
v                                             \*    CASE NO.:  2:05 CV 996-WKW
                                           \*
UNIVERSAL CITY, LLC.; and  \*
FREDERICK J. BEASLEY, III,   \*
                                           \*
    **Defendants.**                    \*

## MOTION TO RECEIVE SUPPLEMENT TO DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OUT OF TIME

**COME NOW** the Defendants and move this Court to receive, as a supplement to Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment, the affidavit of Joe Bohannon, Senior Lending Consultant with Citibank, N.A.  As grounds, the undersigned would state the following:

1.  Plaintiff contends in its Response to Defendants' Motion for Summary Judgment (Document #54) that Citibank committed to loan Defendants $831,000.00. (See Page 6 of Plaintiff's Brief and Exhibit 0134 attached to Plaintiff's Response).

2.  The affidavit of Mr. Bohannon shows that no commitment was made by him nor Citibank and that the exhibits provided the Court by Plaintiff did not constitute a commitment by Citibank.

3.  Until the undersigned received the Response of Plaintiff to Defendants' Motion for Summary Judgment, he was unaware that the form letters sent by Citibank were an issue

in this case. The affidavit of Joe Bohannon has been obtained and is provided to the Court to clarify this issue.

    4.    The affidavit of Joe Bohannon is attached as Exhibit "A" to this motion.

Respectfully submitted this the 18 day of January, 2007.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 18 day of January, 2007:

Mark N. Chambless, Esquire
**Chambless & Math**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Mtn. to Rcv. Supp. to MSJ.wpd