# Exhibit A

# AFFIDAVIT OF JOE BOHANNON

STATE OF California        )
COUNTY OF Contra Costa     )

Personally appeared before me, the undersigned Notary Public, in and for said County and State, Joe Bohannon who, after being duly sworn, did depose and state on oath as follows:

1. My name is Joe Bohannon. I am a Senior Lending Consultant with Citibank, N.A. I make this affidavit from my own personal knowledge and a review of the file concerning Citibank's dealings with Fred Beasley and Universal City, LLC.

2. I have been provided and have reviewed the response of William Brew to an Interrogatory No. 12. In that response, Mr. Brew states that Citibank "approved a loan in the amount of $831,000.00 for this project." He further states that Citibank "agreed to a new mortgage loan that would allow Mr. Beasley to be paid $831,000.00 cash at the closing." This is not true. Any loan that Citibank may have made in the future would have been for some sum less than $831,000.00.

3. Form letters were sent by Citibank to Mr. and Mrs. Beasley informing them that Citibank proposed certain terms concerning mortgage loans. These letters did not constitute a commitment.

Further affiant sayeth not.

_____
JOE BOHANNON

STATE OF California    )
COUNTY OF Contra Costa )

I, the undersigned, a Notary Public in and for said State and County, hereby certify that JOE BOHANNON, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily.

Given under my hand and official seal on this the 17th day of January, 2007.

[SEAL]

_____
NOTARY PUBLIC
My Commission Expires: 11/13/2010

> JASMINE ADIANI
> Commission # 1704444
> Notary Public - California
> Contra Costa County
> My Comm. Expires Nov 13, 2010

-2-

Received Time Jan. 17. 6:56PM