IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-996-WKW |
| | ) | |
| UNIVERSAL CITY, LLC,; | ) | |
| FREDERICK J. BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On January, 18, 2007, Defendants filed a Motion to Receive Supplement to Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment Out of Time. (Doc. # 62.) Upon due consideration and good cause shown, it is hereby, ORDERED that the motion is GRANTED. The Supplement (Doc. # 62) is accepted.

DONE this 24th day of January, 2007.

           /s/  W.  Keith Watkins
           UNITED STATES DISTRICT JUDGE