UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-996-MHT |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III | ) |
| Defendants. | ) |

## PLAINTIFF'S WITNESS LIST

Comes Now the Plaintiff, by and through counsel of record, and hereby respectfully files this trial witness list.

1. Ken Anderson, the defendant has this address and telephone number.

2. Rob Hertenstein 3712 Everest Drive, Montgomery, AL 36116.

3. Steve Wallace of Aronov, 3500 Eastern Blvd, Montgomery, Alabama 36116.

4. Amy Knudsen of Aronov, 3500 Eastern Blvd, Montgomery, Alabama 36116.

5. Don Stansell, Office Box 240545, Montgomery, AL 36124.

6. Danny Clement Builder, Inc. Daniel Clement, 868 Lagoon Commercial Blvd., Montgomery, AL.

7. Chris Shields from CEF, 1450 Poydras Street, Suite 1505, New Orleans, LA 70112.

8. Sandy Stringer from Goodwin Brothers, 319 Jefferson Street, P.O. Box 55, Montgomery, AL 36101.

9. Attorney Randy Moore, 4162 Carmichael Court, Montgomery, AL 36106 334-271-1819.

10. Jennifer Robinson, 3327 Patrick Rd, Montgomery, AL 36108.

11. Barbara Culpepper from the Patriot Signs Company, 5325-G Wares Ferry Road, Montgomery, AL 36109.

12. Kyle from the Starke Agency, 210 Commerce Street, Montgomery, AL 36104.

13. Fred Beasley.

14. William Brew, C/O Mark Chambless, 5720 Carmichael Road, Montgomery, AL 36117.

15. Any person named by Defendant.

16. Any person necessary to authenticate business records to be introduced.

17. Any witness necessary for rebuttal or impeachment purposes

**RESPECTFULLY SUBMITTED**, this the 14th day of February, 2007.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ CARR, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 14th day of February, 2007.

_____
OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110