IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | |
| Plaintiff, | |
| v | CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III, | |
| Defendants. | |

## DEFENDANTS' DOCUMENT/EXHIBIT LIST

**COME NOW** the Defendants, pursuant to Rule 26(a)(3) of the *Federal Rules of Civil Procedure* and identify the following documents for use as exhibits in the above-captioned action.

## EXHIBITS DEFENDANTS EXPECT TO PRESENT

1. Termination notice and envelope dated August 31, 2005 provided at deposition of Fred Beasley.

2. Income tax returns of William Brew provided in response to Defendants' Requests for Production.

3. Management agreement signed by William Brew and Fred Beasley and dated April 28, 2005.

4. Letter from Chris Shields to William Brew faxed to William Brew on August 23, 2005.

5. Credit application provided by William Brew to Creative Equipment Funding

on which the signature of Fred Beasley is forged.

6.  Copies of e-mail correspondence between Fred Beasley and William Brew concerning termination of their contract.

7.  Interrogatories and responses.

8.  Notices of entry of judgment against William Brew provided by Plaintiff in response to Defendants' Request for Production.

## DOCUMENTS WHICH MAY BE OFFERED IF THE NEED ARISES

1.  All documents introduced at the deposition of Fred Beasley.

2.  All documents produced by the Plaintiff in response to Defendants' Requests for Production.

3.  All exhibits to Defendants' Motion for Summary Judgment and those exhibits provided by Plaintiff in its response.

4.  All exhibits listed by the Plaintiff.

5.  Any exhibit, unforeseen at this time, necessary for impeachment.

Respectfully submitted this the 14th day of February, 2007.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
SLATEN & O'CONNOR, P.C.
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 14th day of February, 2007:

Mark N. Chambless, Esquire
**Chambelss, Math & Carr, P.C.**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL