IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| Plaintiff, | * |
| v | * CASE NO.: 2:05 CV 996-WKW |
| UNIVERSAL CITY, LLC.; and FREDERICK J. BEASLEY, III, | * |
| Defendants. | * |

## DEFENDANTS' WITNESS LIST

**COME NOW** the Defendants, pursuant to Rule 26(a)(3) of the *Federal Rules of Civil Procedure*, and name the following individuals as witnesses in the above-captioned action.

### WITNESSES DEFENDANTS EXPECT TO PRESENT

1. The parties.

2. Ken Anderson
   2244 Calle Bellota
   Camarillo, California 93010
   (805) 279-5758

### PARTIES WHOM MAY BE CALLED IF THE NEED ARISES

1. Larry Cooke
   Brady Manufacturing
   2708 Yorkmont Road
   Charlotte, North Carolina 28208
   (704) 357-6284

2. Don Stansell
   4170-B Carmichael Court
   Montgomery, Alabama 36106
   (334) 270-0880

3. Randolph B. Moore
   4170 Lomac Street
   Montgomery, Alabama 36106
   (334) 272-6464

4. Sandy Stringer
   Goodwin Brothers, Inc.
   319 East Jefferson Street
   Montgomery, Alabama 36104
   (334) 834-3800

5. Rob Hertenstein
   Colonial Bank
   One Court Square
   Montgomery, Alabama 36104
   (334) 240-5000

6. All witnesses named by the Plaintiff.

7. Any witness necessary for impeachment.

Respectfully submitted this the 14th day of February, 2007.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 14th day of February, 2007:

Mark N. Chambless, Esquire
**Chambelss, Math & Carr, P.C.**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Witness List.wpd