IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v | *   CASE NO.:   2:05 CV 996-WKW |
| | * |
| UNIVERSAL CITY, LLC.; and | * |
| FREDERICK J. BEASLEY, III, | * |
| | * |
| Defendants. | * |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney and enters his appearance for the Defendants for the limited purpose of assisting in striking a jury in the above-referenced cause.

Respectfully submitted this the 8th day of March, 2007.

*/s/ H.R. Trawick*
G. R. "RICK" TRAWICK (TRA007)
One of the Attorneys for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: rtrawick@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 8th day of March, 2007:

Mark N. Chambless, Esq.
Chambless & Math
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Notice of Appearance.wpd