IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TOP NOTCH CONSULTING, INC.   *
                              *
    Plaintiff,                *
                              *
v                             *   CASE NO. :   2:05 CV 996-WKW
                              *
UNIVERSAL CITY, LLC.; and     *
FREDERICK J. BEASLEY, III,    *
                              *
    Defendants.               *

## DEFENDANTS' PROPOSED JURY INSTRUCTIONS

**COME NOW** the Defendants and propose the following jury instructions in the trial of this case. Depending upon the Court's ruling on Defendants' Motion for Summary Judgment, Defendants reserve the right to supply additional proposed jury instructions.

**APJI 10-01**

DEFINITION
CONTRACTS

A contract is an agreement between two or more persons or parties based upon a valuable consideration to do or refrain from doing a particular lawful act.

**APJI 10-02**

ELEMENTS

The elements of a valid contract are:

1. Agreement between two or more competent parties.

2. Lawful object.

3. Valuable consideration.

4. Assent of the parties in the same sense--that is a "meeting of the minds."

## APJI 10-03

### CONSIDERATION--DEFINITION

A sufficient consideration to support a valid contract is anything of value promised or received, or the doing or promising to do something which one has a legal right to do, or a promise not to do something which one has a legal right to do, as the inducement to enter into the contract.

**APJI 10-04**

OFFER--DEFINITION

    An offer is a definite proposal made with intent to enter into a contract by one who expects to be bound by its expressed terms and conditions upon its acceptance by the one to whom it is made.

    To become a binding contract an offer must be accepted according to its expressed terms and conditions by the one to whom it is made.

## APJI 10-05

## ACCEPTANCE--DEFINITION

An acceptance of an offer occurs when the one to whom the offer is made unconditionally consents to it and agrees to be bound by all of its terms and conditions.

When one to whom an offer is made accepts it according to its terms and conditions, it becomes a binding contract between the one making the offer and the one to whom it was made, and both parties are bound by its terms and conditions.

**APJI 10-06**

MUTUAL ASSENT--DEFINITION

Mutual assent means the meeting of the minds of the parties to a contract. That is each agrees to all the terms and conditions, in the same sense and with the same meaning. Agreement or mutual assent is essential to a contract.

APJI 10-07

INTENT--DETERMINATION

    The intent of the parties to a contract is determined by considering the relationship of the parties, what they said and what they did and all the surrounding circumstances. You will consider the nature of the contract, facts and circumstances leading up to and attending its execution, relation and condition of the parties, nature and condition of the subject matter and apparent purpose of making the contract. From a careful consideration of all of these matters you will determine from the evidence the intention of the parties at the time of the execution of the contract and render a verdict based upon the intention of the parties. You will not attempt to alter the expressed intention of the parties if they are clear and unambiguous. A person's secret intent has no bearing; only the intent indicated by his words and acts may be considered.

# APJI 10-12

## ACTION FOR BREACH--ELEMENTS

The plaintiff in this action sues the defendant for breach of contract. The elements of an action for breach of contract are:

1. Existence of a contract between plaintiff and defendant.

2. Performance by the plaintiff.

3. Defendant's failure to perform.

4. Resulting damage to the plaintiff.

**APJI 10-13**

ISSUES--CONTRACT ADMITTED

In this action the plaintiff claims damages of the defendant as the result of a breach of a contract entered into by the plaintiff and the defendant on April 28, 2005, whereby the plaintiff agreed to (summarize plaintiff's alleged undertaking) and in return alleges the defendant agreed to (summarize plaintiff's contentions of defendant's undertaking).

The plaintiff contends that he has performed his part of the contract but that the defendant has breached the contract, in that defendant (summarize alleged breach). The plaintiff alleges he was damaged as a result of the alleged breach.

The defendant admits entering into the contract with the plaintiff, but in defense of the plaintiff's claim contends that the plaintiff should not recover because (summarize defendant's contentions).

Respectfully submitted this the 9th day of March, 2007.

_____
JEFFREY W. SMITH (SMI088)
Attorney for Defendants
Universal City, LLC and Frederick Beasley, III

**OF COUNSEL**:
**SLATEN & O'CONNOR, P.C.**
Post Office Box 1110
Montgomery, AL 36101
(334) 396-8882
FAX: (334) 396-8880
E-Mail: jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document upon the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 9th day of March, 2007:

Mark N. Chambless, Esquire
**Chambelss, Math & Carr, P.C.**
Post Office Box 230759
Montgomery, AL 36123-0759

_____
OF COUNSEL

F:\Gen Litigation\Universal City, LLC\Pleadings\Proposed Jury Instructions.wpd