# EXHIBIT "A"

UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

TOP NOTCH CONSULTING, INC. )
)
    Plaintiff, )
)
v. ) CASE NO. 2:05-CV-996-MHT
)
UNIVERSAL CITY, LLC.; and )
FREDERICK J. BEASLEY, III )
)
    Defendants. )

## PLAINTIFF'S EXHIBIT LIST

    Comes Now the Plaintiff by and through counsel of record and hereby respectfully files this witness list and Exhibit List.

1. The Original Signed Contract marked Plaintiff's Exhibit 0554 through 0559.

2. The Unsigned Amended Contract, marked Plaintiff's Exhibit 0561.

3. The Colonial Bank documents provided to Plaintiff by Defendant and not yet marked.

4. The Compass Bank file marked Plaintiff's Exhibits 0104 through 0120.

5. The Compass Bank documents obtained from the Defendant and not yet marked.

6. The Citibank file marked as Plaintiff's Exhibits 0121 through 0140.

7. The Citibank application marked as Plaintiff's Exhibits 0276 through 0285.

8. The Citibank documents obtained from the Defendant and not yet marked.

9. Email from Ken Anderson marked as Plaintiffs Exhibit 0288.

10. Defendants copy of email from Ken Anderson that is not yet marked.

11. The letters and loan papers from Creative Equipment Funding, LLC and marked as Plaintiff's Exhibits 0308 through 0349.

12. The Creative Equipment Funding, LLC documents obtained from the Defendant and not yet

1

Case 2:05-cv-00996-WKW-WC   Document 66   Filed 02/14/2007   Page 2 of 5

marked.

13. The letters and loan papers from Brady Distributing Company marked Plaintiff's Exhibits 0291 through 0307; 0317 and 0318.

14. The Brady Distributing documents obtained from the Defendant and not yet marked.

15. The letters and loan papers from Goodwin Brothers marked 0351 through 0388.

16. Goodwin Brothers quote marked Plaintiff's Exhibits 0358 through 0376.

17. Goodwin Brothers application marked Plaintiff's Exhibit 0354.

18. The letters and plans and other drawings from Don Stansell Architects including Plaintiff Exhibits 0141 through 0144.

19. The plans of Don Stansell Architects include 15 draft versions of final restaurant. These have not been marked.

20. Records from Restaurant Equipment Design, Inc. marked Plaintiff's Exhibits 0695 through 0733.

21. Construction plans and workings drawings and estimates from Thad H. Pruett Construction marked Plaintiff's Exhibits 0629 through 0653.

22. Construction plans and workings drawings and estimates from Marshall Construction marked Plaintiff's Exhibits 0615 through 0628.

23. Defendant's estimate from Marshall Construction dated August 19, 2005.

24. Construction plans and workings drawings and estimates from Paragon Construction and development, Inc., marked Plaintiff's Exhibits 0607 through 0614.

25. The updated business plan in the possession of the defendant or his representatives.

26. All banking records of the project in the possession or control of the Defendant including checks, payments, loan requests, loan applications and other documents evidencing the cost of the facility and the financing of the same or his representatives or new companies possession.

27. All telephone logs and records maintained by Defendants.

28. All business records maintained on the project and in the control of the Defendants or their

representatives.

29. The business plan developed as of May 1, 2005 and marked Plaintiff's Exhibits 0064 through 0103.

30. Plaintiff's Exhibit 0354.

31. Defendants check to Plaintiff marked Exhibit 0428.

32. Other checks and drafts or records or such payments provided to Plaintiff by Defendant and not marked at this time or marked as Plaintiff's Exhibits 0427 through 0450.

33. Patriot Signs invoice marked Plaintiff's Exhibit 0512.

34. Patriot Signs proposed sign marked Plaintiff's Exhibit 0515.

35. The Patriot Signs file marked as Plaintiff's Exhibits 0510 through 0520.

36. Defendants financial records and checks which are unmarked at this time.

37. Defendants records containing information on project with Sharon Ringgenberg that is the property of Top Notch, such records not marked at this time.

38. Defendants record concerning letter from Top Notch to Fred Beasley dated April 11, 2005, such document not marked at this time.

39. William Brew personal notes marked Plaintiff's Exhibit 0530.

40. The Plaintiff's file marked Universal City and marked as Exhibits 0526 through 0544.

41. Articles of Organization for Universal City marked Plaintiff's Exhibits 0527 through 0529.

42. The file marked Randy Moore containing Plaintiff's Exhibits 0551 through 0567.

43. Plaintiff's Exhibit 0724.

44. Plaintiff's Exhibit 0742.

45. Plaintiff's Exhibit 0745.

46. Loan application marked Plaintiff's Exhibits 0757 through 0769.

47. Personal financial information on Fred Beasley marked Plaintiff's exhibits 0756 through

3

0788.

48. Aronov Documents marked as Plaintiff's Exhibits 0784 through 0785.

49. Aronov Documents marked as Plaintiff's Exhibits 0145 through 0286.

50. The lease agreement signed by Beasley Development LLC, not yet marked.

51. The email from Fred Beasley to William Brew provided by the Defendant but not yet marked.

52. The email from William Brew to Fred Beasley provided by the Defendant but not yet marked.

53. Articles of Organization for Beasley Development Company, LLC.

54. The Amended Articles of Organization of Beasley Development Company, LLC.

55. Various documents marked Plaintiff's Exhibits 0734 through 0792.

56. The file on East Bay and marked Plaintiff's Exhibits 0662 through 0685.

57. Plaintiff's Exhibit 0425.

**RESPECTFULLY SUBMITTED**, this the 14th day of February, 2007.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ CARR, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 14th day of February, 2007.

_____
OF COUNSEL

Jeffery W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110

5