# EXHIBIT "B"

## Jeffrey W. Smith

**From:** Mark Chambless [mchambless@chambless-math.com]
**Sent:** Wednesday, February 14, 2007 5:05 PM
**To:** Jeffrey W. Smith
**Subject:** RE: witness list, exhibits list

Jeff:

    I know that you can "see that I have a box full of numbered pages" as I delivered it in person after you continued to state that you never received the US mail. So I started emailing, mailing and personally delivering items to you. You should have three copies of most every document. I discussed the bate stamps with you in person at your office as there were so many documents. Our clients worked on this matter for 5 months and there is a lot of paper work. Bate stamping is the manner I have always used in cases where there are many many documents.

    It is not at all confusing to you or it would have been cleared up at the deposition wherein I referred to most every document by bate stamp number. You were not confused on Thursday, so I do not know how you are now confused by the bate stamp reference numbers. But to clear this up, you have in your possession and in the box which you can see, bate stamped documents sequentially numbered. The numbers are in order and my exhibit list references the numbers exactly as bate stamped except the documents you gave me at the deposition which were not numbered or organized in any manner.

    As to objecting, you have objected to every thing filed in this case. I expect you to object, so file your objection. Regardless of whether you file any objection, you can ask me specific questions if you are unclear as to any specific exhibit item. I can deliver to a copy center of your choice the exhibits I will offer by exhibit list paragraph number or by some other system you suggest and deliver to you in person and go through the exhibit list with you.

Mark N. Chambless
P. O. Box 230759
Montgomery, AL 36123
334-272-2230 voice
334-272-1955 fax

NOTICE: The information contained in this email may contain confidential information which is intended solely for the use of the intended recipient. If you have received this transmission in error, you are specifically directed not to send, transmit, or otherwise disseminate the information contained in this communication or use it for any purpose. You are instructed to delete the same and contact the sender of this email to verify the same.

---

**From:** Jeffrey W. Smith [mailto:jsmith@slatenlaw.com]
**Sent:** Wednesday, February 14, 2007 4:47 PM
**To:** Mark Chambless
**Subject:** RE: witness list, exhibits list

I see that I have a box full of numbered pages. However, your exhibit list and witness list do not comply with rule 26 or the Amended Uniform Scheduling Order. Surely you don't really plan on trying to introduce all this stuff. Please do it right or I will file a motion to strike the entire list.

---

**From:** Mark Chambless [mailto:mchambless@chambless-math.com]
**Sent:** Wednesday, February 14, 2007 4:27 PM
**To:** Jeffrey W. Smith
**Subject:** RE: witness list, exhibits list

Jeff

    I provided these in person to your office and a copy was made by a copy service selected by your firm. You have one set sequentially numbered from 001 to approximately 900. You also have most every document copied a second time and attached by interrogatory number to the interrogatory responses. You have every document in a large bankers size box marked "action legal copy service" These were prepared in answer to the interrogatories and discovery requests. I do not understand how you do not have these as I delivered these in person.

    I can deliver to a printer or copy center of your choice to have them copied again. If you want me to deliver to copy center, please inform me and I will do so Thursday or Friday.

    I referred to the bate stamp numbers for three hours during the deposition, showed the documents to you and you never indicated that you did not understand the exhibit numbers.

Mark N. Chambless
P. O. Box 230759
Montgomery, AL 36123
334-272-2230 voice
334-272-1955 fax

NOTICE: The information contained in this email may contain confidential information which is intended solely for the use of the intended recipient. If you have received this transmission in error, you are specifically directed not to send, transmit, or otherwise disseminate the information contained in this communication or use it for any purpose. You are instructed to delete the same and contact the sender of this email to verify the same.

---

**From:** Jeffrey W. Smith [mailto:jsmith@slatenlaw.com]
**Sent:** Wednesday, February 14, 2007 4:14 PM
**To:** Mark Chambless
**Subject:** RE: witness list, exhibits list

I am somewhat confused. Are these Bates stamps your numbers refer to? If so, I don't have any idea what documents you are referring to. If I have almost 800 Bates stamped pages, tell me when you gave them to me. The only Bates stamped documents I have seen were attached to your response to my MSJ. I really think the rules call for a more concise description than your list provides. Let me know if I have these documents and if I do, where I got them.

---

**From:** Mark Chambless [mailto:mchambless@chambless-math.com]
**Sent:** Wednesday, February 14, 2007 2:47 PM
**To:** Jeff Smith
**Subject:** witness list, exhibits list


Jeff: I have a very long list of exhibits but you have a copy of every exhibit I have addressed in the list except the Architect plans. Please contact me if you need me to copy these for you or tell me if you received a copy of the plans from the architect.

Mark N. Chambless
P. O. Box 230759
Montgomery, AL 36123
334-272-2230 voice
334-272-1955 fax

NOTICE: The information contained in this email may contain confidential information which is intended solely for the use of the intended recipient. If you have received this transmission in error, you are specifically directed not to send, transmit, or otherwise disseminate the information contained in this communication or use it for any purpose. You are instructed to delete the same and contact the sender of this email to verify the same.

2/15/2007