UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-cv-996-MHT |
| | ) | |
| UNIVERSAL CITY, LLC.; and | ) | |
| FREDERICK J. BEASLEY, III | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Comes Now the Plaintiff in the above styled matter and does hereby propose the following jury instructions in the trial of this matter.

**APJI 10-01**

_____
Charge No.

DEFINITION
CONTRACTS
CONTRACTS

    A contract is an agreement between two or more persons or parties based upon a valuable consideration to do or refrain from doing a particular lawful act.


_____        _____
Given                   Refused


_____
Judge

**APJI 10-02**

_____
Charge No.

ELEMENTS

The elements of a valid contract are:

1.  Agreement between two or more competent parties.

2.  Lawful object.

3.  Valuable consideration.

4.  Assent of the parties in the same sense--that is a "meeting of the minds."


_____          _____
Given                Refused


_____
Judge

**APJI 10-03**

_____
Charge No.

### CONSIDERATION--DEFINITION

A sufficient consideration to support a valid contract is anything of value promised or received, or the doing or promising to do something which one has a legal right to do, or a promise not to do something which one has a legal right to do, as the inducement to enter into the contract.


_____                    _____
Given                          Refused


_____
Judge

**APJI 10-04**

$\overline{\hspace{3cm}}$
Charge No.

OFFER--DEFINITION

An offer is a definite proposal made with intent to enter into a contract by one who expects to be bound by its expressed terms and conditions upon its acceptance by the one to whom it is made.

To become a binding contract an offer must be accepted according to its expressed terms and conditions by the one to whom it is made.

$\overline{\hspace{3cm}}$                  $\overline{\hspace{3cm}}$
Given                           Refused

$\overline{\hspace{7cm}}$
Judge

**APJI 10-05**

_____
Charge No.

ACCEPTANCE--DEFINITION

An acceptance of an offer occurs when the one to whom the offer is made unconditionally consents to it and agrees to be bound by all of its terms and conditions.

When one to whom an offer is made accepts it according to its terms and conditions, it becomes a binding contract between the one making the offer and the one to whom it was made, and both parties are bound by its terms and conditions.


_____            _____
Given                      Refused


_____
Judge

**APJI 10-06**

_____
Charge No.

MUTUAL ASSENT--DEFINITION

Mutual assent means the meeting of the minds of the parties to a contract. That is each agrees to all the terms and conditions, in the same sense and with the same meaning. Agreement or mutual assent is essential to a contract.

_____          _____
Given                    Refused


_____
Judge

**APJI 10-07**

Charge No. _____

INTENT--DETERMINATION

The intent of the parties to a contract is determined by considering the relationship of the parties, what they said and what they did and all the surrounding circumstances. You will consider the nature of the contract, facts and circumstances leading up to and attending its execution, relation and condition of the parties, nature and condition of the subject matter and apparent purpose of making the contract. From a careful consideration of all of these matters you will determine from the evidence the intention of the parties at the time of the execution of the contract and render a verdict based upon the intention of the parties. You will not attempt to alter the expressed intention of the parties if they are clear and unambiguous. A person's secret intent has no bearing; only the intent indicated by his words and acts may be considered.

_____          _____
Given                Refused

_____
Judge

**APJI 10-08**

_____

Charge No.

### IMPLIED CONTRACT--DEFINITION

An implied contract is a contract inferred by law and is not created by express agreement of the parties. An implied contract is an obligation or liability imposed by law growing out of the relationship and acts of the parties and the surrounding circumstances that a party extending a benefit to another may in reason and justice presume a promise on the part of the one benefitted to pay the reasonable value therefor.

_____          _____
Given                  Refused

_____
Judge

**APJI 10-09**

———————
Charge No.

PAROL CONTRACT--DEFINITION

The plaintiff claims of the defendant damages as the result of an alleged breach of a parol or oral contract. A parol or oral contract is a contract in relation to which there is no written agreement or memoranda. There is no rule of law that all contracts be in writing and oral contracts are valid and enforceable just as written contracts when all the elements of a contract exist.

———————            ———————
Given                 Refused

———————————————
Judge

**APJI 10-10**

_____

Charge No.

## QUASI CONTRACT--DEFINITION

A quasi contract is an obligation which the law creates in the absence of an express contract or agreement. It arises from the relationship of the parties and is created on principles of unjust enrichment. When because of the acts of the parties, or others, one comes into possession of (has obtained from another) money, or its equivalent, under such circumstances that in equity and good conscience he ought not be allowed to retain it and which in justice and fairness belongs to another the law implies the obligation to pay or deliver it to the one entitled thereto.


_____          _____
Given                Refused


_____
Judge

**APJI 10-11**

Charge No. _____

## QUASI CONTRACT--RULE OF DAMAGES

If you are reasonably satisfied from the evidence that a quasi contract exists and a benefit was conferred upon the defendant and such benefit was accepted and retained by the defendant under such circumstances that it would not be just and fair for him to retain the benefit without payment of the value thereof, then in such event the plaintiff would be entitled to recover the reasonable value of the benefit received.

_____          _____
Given                    Refused

_____
Judge

**APJI 10-17**

_____
Charge No.

DAMAGES--GENERAL RULE

Damages for the breach of a contract is that sum which would place the injured party in the same condition he would have occupied if the contract had not been breached.


_____                    _____
Given                                        Refused


_____
Judge

**APJI 10-18**

_____
Charge No.

INTEREST ON DAMAGES FOR BREACH

If you are reasonably satisfied from the evidence that the plaintiff is entitled to recover and you have arrived at the amount of your award you should then determine from the evidence the date the plaintiff was entitled to the damages arrived at by you and then add interest thereto at the rate of 6% per annum from the date you find the plaintiff was entitled to have received the damages to the present date of _____.


_____          _____
Given                    Refused


_____
Judge

**APJI 10-19**

_____<br>Charge No.

## PARTIAL PERFORMANCE--DEFINITION

There has been partial performance of a contract when performance has been commenced but has not been substantially completed.

_____        _____
Given               Refused

_____
Judge

**APJI 10-20**

Charge No. _____


PARTIAL PERFORMANCE--DAMAGES

    Where a party has partially performed a contract but has not performed all of the parts of the contract, if the failure to perform the balance of the contract is excused, the Plaintiff can recover for the partial performance on the contract.


_____          _____
Given                       Refused


_____
Judge

**APJI 10-21**

_____
Charge No.


SUBSTANTIAL PERFORMANCE--DEFINITION

    Substantial performance of a contract is performance of all its important parts, but does not require a full or exact performance of every slight or unimportant detail.


_____                    _____
Given                              Refused


_____
Judge

**APJI 10-22**

_____
Charge No.


SUBSTANTIAL PERFORMANCE--DAMAGES

A party may recover the contract price, less the reasonable costs of remedying any trivial defects or omissions if he has substantially performed such contract.


_____          _____
Given                    Refused


_____
Judge

**APJI 10-25**

_____
Charge No.

### NON-PERFORMANCE--EXCUSED

The Plaintiff alleges that his failure to fully complete the terms of the agreement were excused. If the jury finds that the Plaintiff was prevented from performance by the acts of the defendant and completing the terms of the written agreement, then the jury may find that the substantial performance of the Plaintiff was excused.

_____                    _____
Given                            Refused

_____
Judge

**APJI 10-32**

_____
Charge No.


TIME FOR PERFORMANCE

When an act is required to be performed under the terms of a contract and no definite time is prescribed for its performance, the law requires it to be done within a reasonable time.

What is a reasonable time for an act to be performed depends upon the nature of the act to be performed and all the circumstances relating to that act. Whether an act was or was not performed in a reasonable time is a question of fact to be determined by you.


_____          _____
Given                  Refused


_____
Judge

_____
Charge No.

A party is entitled to recover the contract price, less the reasonable costs of remedying any non performed work. *Bruner v. Hines,* 324 So. 2nd 265 (1975).

_____          _____
Given                    Refused

_____
Judge

_____

Charge No.

Alabama, along with many other states, has long stated and adopted the contract rule that contracts can be modified by subsequent oral agreement. The Alabama Supreme Court has restated this principal in two recent cases. These case are: *Cook's Pest Control, Inc. v. Rebar*, 852 So.2d 730, Ala.,2002 and *Ex parte Coleman*, 861 So.2d 1080, Ala.,2003.

_____          _____

Given                         Refused

_____

Judge

Charge No.
―――――――――

Under Alabama law a written agreement may be modified by a subsequent oral agreement of the parties, unless some statutory provision provides otherwise.... This is so even where the contract contains a requirement that all modifications be in writing.". *Watson v. McGee,* 348 So.2d 461, 464 (Ala.1977).

―――――――――          ―――――――――
Given                  Refused


―――――――――――――――――――――――
Judge

_____

Charge No.

 

In Alabama we recognize that, in every transaction, the parties impliedly warrant that they are acting in good faith and are engaging in fair dealing. *Barnes v. Atlantic & Pac. Life Ins. Co.,* 295 Ala. 149, 325 So.2d 143 (1975).

_____          _____

Given                        Refused

_____

Judge

_____
Charge No.


    Evidence is "substantial" if it is of "such weight and quality that fair-minded persons in the exercise of impartial judgment can reasonably infer the existence of the facts sought to be proved." *West v. Founders Life Assurance Co. of Florida* 547 So.2d 870, 871 (Ala. 1989).


_____          _____
Given                    Refused


_____
Judge

_____
Charge No.


     Equity abhors shams and subterfuges, and delights in looking through the mere surface and form of a transaction, and in scrutinizing closely the merits and substance. *Harris v. Theus*, 149 Ala. 133, 43 So. 131, Ala. 1907


_____          _____
Given                    Refused


_____
Judge

Charge No. _____

Every contract contains an element of good faith and fair dealing. This contract concept is set out in Alabama case law and the restatement of contracts at §205. In Alabama all contracts have as an element "good faith and fair dealing" and this is imposed upon the parties. "Under any interpretation [of a promise conditional on personal satisfaction], the exercise of judgment must be in accordance with the duty of good faith and fair dealing..." *U.S. v. Forney*, 9 F.3d 1492, C.A.11 (Fla.),1993. Good faith has been defined in Alabama as "honesty in fact in the conduct or transaction concerned.".

_____          _____
Given                    Refused

_____
Judge

_____
Charge No.


      Any ambiguity in the language must be interpreted against the drafter or the Defendant. *SouthTrust Bank v. Copeland One, L.L.C.*, 886 So.2d 38, Ala.,2003.


_____       _____
Given                   Refused


_____
Judge

_____
Charge No.


      Count I of Plaintiff's Complaint is for breach of contract.   In the ordinary breach of contract action, the claimant must prove: (1) the existence of a valid contract binding the parties in the action, (2) his own performance under the contract, (3) the defendant's nonperformance, and (4) damages." *Southern Medical Health Systems, Inc. v. Vaughn*, 698 So.2d 98 (Ala. 1995).


_____          _____
Given                      Refused


_____
Judge

**APJI 10-31**

_____
Charge No.


QUANTUM MERUIT--DEFINITION

    Quantum meruit is founded on an implied promise on the part of the defendant to pay the plaintiff as much as he reasonably deserves for his labor and services.


_____     _____
Given                Refused


_____
Judge

Charge No. _____

 

The Plaintiff alleges that the performance of Frederick Beasley was required based upon quantum meruit. Therefore the claims against Mr. Beasley are claims based upon quantum meruit as there was no written contract between Mr. Beasley and Top Notch but was merely implied contract. *Mantiply v. Mantiply*, --- So.2d ----, 2006 WL 1304936, Ala.,2006.

 

<u>Given</u> _____          <u>Refused</u> _____

Judge _____

_____
Charge No.


    Alabama authorizes a claim for quantum meruit when a contract is implied. *Mantiply v.*
*Mantiply*, --- So.2d ----, 2006 WL 1304936, Ala.,2006


_____                    _____
Given                              Refused


_____
Judge

**APJI 10-35**

_____
Charge No.

ACTION FOR INTERFERENCE WITH CONTRACTUAL OR BUSINESS RELATIONS

The burden of proof is on the plaintiff to reasonably satisfy you from the evidence of the existence of the following elements of an action for interference with a contract and business relation, before the plaintiff would be entitled to recover:

1.  The existence of a contractual between Top Notch and Universal City and the existence of business relations;

2.  Defendant's knowledge of the contractual and the business relations;

3.  Intentional interference by the defendant with the contractual and the business relations of Top Notch and other businesses based upon the contract; and

4.  Damage to the plaintiff as a result of defendant's interference.

_____                    _____
Given                              Refused

_____
Judge

_____
Charge No.


    A *third party* who, with knowledge of the existence of a valid contract *between others,* interferes with its performance ······ commits a tort. See *Hichman* supra


_____                    _____
Given                                              Refused


_____
Judge

_____
Charge No.


    Alabama has recognized the right to sue corporate officers or directors who may individually commit tort of intentional interference with business or contractual relations to which their corporation or employer is a party. *Hickman v. Winston County Hosp. Bd.*, 508 So.2d 237, Ala.,1987.


_____                    _____
Given                              Refused


_____
Judge

_____

Charge No.

    To support a claim based on tort of intentional interference with business or contractual relations, plaintiff must prove existence of contract or business relation, Defendant's knowledge of contract or business relation, intentional interference by defendant with contract or business relation, and damage to plaintiff as a result of defendant's interference. *Henderson v. Early*, 555 So.2d 130, Ala.,1989

_____      _____

Given                  Refused

_____

Judge

**APJI 11-00**

Charge No. _____

INTRODUCTION
DAMAGES

      Ladies and Gentlemen of the jury, the Court will now instruct you on the law of damages. The burden is on the plaintiff to reasonably satisfy you from the evidence of the truthfulness of (his) (her) (its) claim. If after a consideration of all of the evidence in this case, you are not reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the defendant(s). In this event you would go no further. This would end your deliberations. On the other hand, if after a consideration of all the evidence in the case you are reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the plaintiff. In this event it will be necessary for you to arrive at an amount to be awarded in the verdict from which I will read to you and describe later in my charge. I now give you the following rules of law to assist you in your deliberations in arriving at an amount in the event you find for the plaintiff. Plaintiff makes two statements of his claim. By these statements he claims (compensatory) (punitive) damages.


_____                    _____
Given                          Refused


_____
Judge

**APJI 11-01**

_____
Charge No.


GENERAL

    Compensatory or actual damages are allowed and should be awarded where the plaintiff reasonably satisfies the jury from the evidence that plaintiff has been injured or damaged as a proximate result of acts on the part of the defendant.


_____                    _____
Given                          Refused


_____
Judge

**APJI 11-02**

_____
Charge No.

COMPENSATORY

    The purpose of awarding compensatory damages is to fairly and reasonably compensate the injured party for the loss or injury sustained. Compensatory damages are intended as money compensation to the party wronged, to compensate him for his injury and other damages which have been inflicted upon him as a proximate result of the wrong complained of.

_____            _____
Given                      Refused

_____
Judge

**APJI 11-28**

_____
Charge No.


BREACH OF CONTRACT

    Damages recoverable for the breach of a contract are such as are the natural and proximate consequences of the breach, and such as may reasonably be supposed to have been within the contemplation of the parties at the time the contract was made.


_____                    _____
Given                              Refused


_____
Judge

**RESPECTFULLY SUBMITTED**, this the 12th day of March, 2007.

Mark N. Chambless (CHA013)

CHAMBLESS,  MATH ❖Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 12th day of March, 2007.

OF COUNSEL

Jeffrey W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110