UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT of ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-996-MHT |
| | ) |
| UNIVERSAL CITY, LLC.; and | ) |
| FREDERICK J. BEASLEY, III | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Comes Now the Plaintiff in the above styled matter and does hereby propose the following voir dire questions in the trial of this matter.

1. Is any member of the panel a graduate of Auburn University?

2. Can each member of the panel be fair and impartial if a party is an alumni football player from Auburn University?

3. This case involves parties from different states. One party is a California business; one is an Alabama business; and one is an individual from Alabama. Can each member of the panel be fair and impartial if one of the parties is from California?

4. Would any member of this panel have any reason to believe as truthful the statements or testimony of someone from the state of Alabama over the testimony of someone from California?

5. If two witnesses testimony contradicts each other, would you be more likely to find as truthful the testimony of a citizen of Alabama over that of someone from California?

6. If you have ever been a party to a lawsuit, either as a Plaintiff or Defendant, can you be fair and impartial as a juror in this matter?

7. Does any member of the panel have any type personal relationship with or know any of the parties, the expected witnesses or the attorneys or the attorney's employees, staff or other members of the attorney's office?

8. Does any member of the venire know Jeffrey Smith or Rich Trayick, the attorneis for

the defendants?

9. Does any member of the venire know Frederick Beasley or any member of his household?

10. Does any member of the venire know any member of Frederick Beasley extended family or any of his relatives or in-laws?

11. Does any member of the venire know any of the following witnesses:
    a. Ken Anderson of Camarillo, California,
    b. Larry Cook of Charlotte, North Carolina,
    c. Don Stansell of Montgomery, Alabama,
    d. Randolph (Randy) Moore of Montgomery, Alabama,
    e. Sandy Stringer of Montgomery, Alabama, or
    f. Rob Hertenstein of Montgomery, Alabama.

12. Would any member of the venire find it hard to render a verdict against a citizen of Alabama if the evidence supported the judgment?

13. Is there any member of the venire who is simply opposed to the filing of lawsuits?

14. Does any member of the venire feel that there are too many lawsuits filed today?

15. Is any member of the venire a member of any organization that seeks to prevent lawsuits or limit damages in lawsuits?

16. Is there any member of the venire who would like to speak to the Judge in private to discuss any of the qualifying questions asked to you today?

17. Is there any reason that has not been mentioned or that you have not been questioned about that would make it difficult for each member of the panel to be fair and impartial in judging the facts and law of this case?

RESPECTFULLY SUBMITTED, this the 12th day of March, 2007.

_____
Mark N. Chambless (CHA013)

CHAMBLESS, MATH ❖ Carr, P.C.
Attorneys at Law
Post Office Box 230759
Montgomery, AL 36123-0759
Office (334) 272-2230

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing instrument was served on all parties or attorneys of record as set forth below by depositing a copy thereof in the United States mail postage prepaid on this 12th day of March, 2007.

_____
OF COUNSEL

Jeffrey W. Smith, Esq.
Post Office Box 1110
Montgomery, AL 36101-1110