## NOTICE - ALL COUNSEL OF RECORD

**Civil Jury Term commencing March 26, 2007 before Judge W. Keith Watkins**

**Earnest Lee Arrington vs COI Gilmore, et al**
Cv. No. 2:04cv159-WKW

Earnest Lee Arrington
Pro Se Plaintiff

Billington Garrett

**Top Notch Consulting vs. Universal City, LLC, et al.**
Cv. No. 2:05cv996-WKW

_____
Mark Chambless

_____
Rick Trawick
Jeffrey Smith

**Susan S. DePaola, et al. vs. V. Restaurants, et al.**
Cv. No. 2:06cv893-WKW

_____
James Lewayne Day
Von George Memory

_____
Ben Bruner
Daniel Hamm