IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. ) | |
| ) | |
| vs. ) | Criminal Case No. 2:05-CV-996-WKW |
| ) | |
| UNIVERSAL CITY, LLC, and ) | |
| FREDERICK J. BEASLEY, III ) | |

**NOTICE OF APPEARANCE**

COMES NOW Jay Lewis, attorney at law, to enter his appearance as additional counsel on behalf of Plaintiff herein and would pray that the Court and all parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED, this __13th__ day of March, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _13th_ day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Jeffrey W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, AL 36101
334-306-8882 (Voice)
334-396-8880 (Fax)
jsmith@slatenlaw.com

Mark N. Chambless
Chambless & Math
P.O. Box 230759
Montgomery, AL 36123-0759
334-272-2230 (Voice)
334-272-1955 (Fax)
Mchambless@chambless-math.com

                                    /s/ JAY LEWIS
                                    Law Offices of Jay Lewis, L.L.C.
                                    P.O. Box 5059
                                    Montgomery, Alabama 36103
                                    (334) 263-7733 (Voice)
                                    (334) 832-4390 (Fax)
                                    J-Lewis@JayLewisLaw.com
                                    ASB-2014-E66J
                                    Attorney for Defendant