IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOP NOTCH CONSULTING, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>UNIVERSAL CITY, LLC, and )<br>FREDERICK J. BEASLEY, III, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-996-WKW<br>(WO) |

## ORDER

This case is before the court on Defendants' Motion for Summary Judgment (Doc. # 47). The court has carefully reviewed the submissions of the parties and concludes that the Motion for Summary Judgment is due to be GRANTED in part and DENIED in part. The Motion for Summary Judgment is denied with respect to Plaintiff's claims for breach of contract for failure to pay a commission on a $100,000 operating loan, for failure to pay expenses for August 2005 and September 2005, and for failure to pay salary for September 2005. The parties shall prepare for trial on these claims. The Motion for Summary Judgment is granted with respect to the claims of trade secrets violation, interference with business relations, quantum meruit, and all other breach of contract claims. Therefore, these claims are dismissed. A memorandum opinion with a detailed analysis will be issued within three days.

Done this the 16th day of March, 2007.

                    /s/  W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE