IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-cv-996-WKW |
| | ) | (WO) |
| | ) | |
| UNIVERSAL CITY, LLC., and | ) | |
| FREDERICK J. BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The parties have notified the court that the case has settled. All remaining dates and deadlines, including the trial date, are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal **on or before April 12, 2007.**

DONE this 22nd day of March, 2007.

                          /s/  W.  Keith Watkins
                          UNITED STATES DISTRICT JUDGE