IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOP NOTCH CONSULTING, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v | *   CASE NO. :   2:05 CV 996-WKW |
| | * |
| UNIVERSAL CITY, LLC.; and | * |
| FREDERICK J. BEASLEY, III, | * |
| | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the parties, by and through their counsel of record, and move this court to dismiss the above-referenced action. The parties would state unto the court that a mutual settlement has been made and this case is due to be dismissed with prejudice.

_____
Mark N. Chambelss, Esquire
**Chambless, Math & Carr, P.C.**
Post Office Box 230759
Montgomery, AL 36123-0759
(334) 272-2230 - PHONE
(334) 272-1955 - FACSIMILE

_____
Jeffrey W. Smith, Esquire
**Slaten & O'Connor, P.C.**
Post Office Box 1110
Montgomery, AL 36101-1110
(334) 396-8882 - PHONE
(334) 396-8880 - FACSIMILE

Dated: March 26, 2007

Dated: Mar 21, 2007