IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOP NOTCH CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05-cv-996-WKW |
| | ) | (WO) |
| | ) | |
| UNIVERSAL CITY, LLC, and | ) | |
| FREDERICK J. BEASLEY, III, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of the Joint Motions to Dismiss filed by the parties on April 10, 2007 (Doc. # 80), it is hereby ORDERED that:

1.  This case is DISMISSED with prejudice.

2.  Each party will bear her or its own costs except as separately agreed to in the confidential settlement of the parties

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE